B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JMS Concrete Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3503330** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3 N. 151 Woodcreek Ln.**<br>**West Chicago, IL**            ZIP Code **60185** | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **933 First St.**<br>**Batavia, IL 60510** |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JMS Concrete Construction, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)             (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>   _____<br>   (Name of landlord that obtained judgment)<br><br><br><br>   _____<br>   (Address of landlord)<br><br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **JMS Concrete Construction, Inc.** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Kent A. Gaertner** _____
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

_____
Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**April 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Juli Sterne** _____
Signature of Authorized Individual

**Juli Sterne**
Printed Name of Authorized Individual

**President/Secretary**
Title of Authorized Individual

**April 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **JMS Concrete Construction, Inc.**                 ,      Case No. _____

                          Debtor        Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 14 | 250,376.36 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 293,706.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,997,423.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | Total Assets | | 250,376.36 | | |
| | | Total Liabilities | | 2,296,129.47 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **JMS Concrete Construction, Inc.**                                      Case No. _____
                                                        ,
                                                Debtor
                                                        Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **JMS Concrete Construction, Inc.**                                          ,      Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **JMS Concrete Construction, Inc.**                                           ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank- General Account ending in #4464** | - | **41,462.95** |
| | | **JP Morgan Chase Bank- Payroll Account ending in #4472** | - | **1,460.67** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **42,923.62**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **JMS Concrete Construction, Inc.** , Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Location: 3 N. 151 Woodcreek Ln., West Chicago IL 60185** **See list of Accounts Receivable attached to Schedule "B". Gross A/R are $286,885.74. This is reduced by mechanic lien claims in the amount of approximately $90,000 leaving net receivables of approximately $196,885.74.** | - | 196,885.74 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >         196,885.74
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JMS Concrete Construction, Inc.**                                          ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Disputed back charge against Ozinga Concrete for defective materials.** | - | 6,555.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 933 First St.  Batavia, Il. 60510**  **See list of Hard Assets attached to Schedule"B"** | - | 630.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Location: 933 First St.  Batavia, Il. 60510**  **See list of hard assets attached to Schedule "B"** | - | 2,617.00 |
| 30. Inventory. | | **Location: 933 First St.  Batavia, Il. 60510** | - | 765.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **10,567.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JMS Concrete Construction, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **250,376.36** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

A/R

SCH B-16

```
AIRHART CONSTRUCTION                CUST NUMBER:000001
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
03110005   03/11/11 04/10/11 820 STODDARD, WHEATON             771    38575.00
03110011   03/15/11 04/14/11 #43/44, 2037-2041 MACKENZIE PLACE 768     3800.00
03110012   03/15/11 04/14/11 #11, 0N202 WOODLAND CT, WHEATON   772    19941.00
03110013   03/15/11 04/14/11 #43/44, 2037-2041 MACKENZIE PLACE 768      462.00
03110016   03/25/11 04/24/11 #44, 1N657 FISHER LANE, WINFIELD  770     2035.00
03110017   03/25/11 04/24/11 #20, 2707 W. WALNUT CT, WOODRIDGE 769     1932.00
                             6 INVOICES    CUSTOMER TOTAL            66745.00


BOB ALTMAN                          CUST NUMBER:000544
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
03110018   03/29/11 04/28/11 358 MARION, GLEN ELLYN            000     1500.00
                             1 INVOICE     CUSTOMER TOTAL             1500.00


DERRICO CUSTOM HOMES                CUST NUMBER:000423
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
03110010   03/15/11 04/14/11 #54, 5N108 GOLDENROD, ST.CHARLES  040     4700.00
                             1 INVOICE     CUSTOMER TOTAL             4700.00


G. GIBBONS INC                      CUST NUMBER:000541
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
03110022   03/31/11 04/30/11 301 W. PRAIRIE, WHEATON          000      3500.00
                             1 INVOICE     CUSTOMER TOTAL             3500.00


GALLAGHER HOMES, LLC                CUST NUMBER:000525
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
10090012   10/15/09*11/14/09 LOT#22, 15726-15736 CROBALLY, MANH 000  75600.00
12090006   12/15/09*01/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000   6490.00
02100003   02/15/10*03/17/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1134.00
03100005   03/15/10*04/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1248.36
04100001   04/15/10*05/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1267.08
05100001   05/15/10*06/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1286.09
06100028   06/15/10*07/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1305.38
06100042   07/15/10*08/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1324.96
08100001   08/15/10*09/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1344.83
09100003   09/15/10*10/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1365.01
10100015   10/15/10*11/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1385.48
11100009   11/15/10*12/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000   1406.26
12100001   12/15/10*01/14/11 LOT#22, 15726-15736 CROBALLY, MANH 000   1427.36
01110001   01/15/11*02/14/11 LOT#22, 15726-15736 CROBALLY, MANH 000   1448.77
02110002   02/15/11*03/17/11 LOT#22, 15726-15736 CROBALLY, MANH 000   1470.50
                             15 INVOICES   CUSTOMER TOTAL            99504.08
```

LEINED JOB.

```
GREENSCAPE HOMES, LLC               CUST NUMBER:000547
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
03110015   03/25/11 04/24/11 #2, 1786 PORTER CT, LOMBARD       002    22407.00
                             1 INVOICE     CUSTOMER TOTAL            22407.00


JOHN HENRY HOMES                    CUST NUMBER:000201
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION-------     AMOUNT
03110006   03/11/11 04/10/11 #13, 680 STONEWOOD GLEN, GENEVA   298     2000.00
03110019   03/29/11 04/28/11 #13, 680 STONEWOOD GLEN, GENEVA   298     3600.00
03110021   03/29/11 04/28/11 #7, 965 STONEWOOD GLEN DR, GENEVA 297     1500.00
                             3 INVOICES    CUSTOMER TOTAL             7100.00
```

```
PREPARED ON: 04/05/11           THIS IS A CUSTOMER LEDGER            PAGE:   2
------------------------------------------------------------------------------
JOHN R. HALL HOMES                    CUST NUMBER:000145
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
03110004   03/08/11 04/07/11 #20, 4012 PRAIRIE CROSSING, ST.CHR 140    1400.00
03110007   03/11/11 04/10/11 #20, 4012 PRAIRIE CROSSING, ST.CHR 140     100.00
03110014   03/25/11 04/24/11 #20 RESERVE, 4585 GRANDFIELD, STC  142    1212.00
03110020   03/29/11 04/28/11 #20 RESERVE, 4585 GRANDFIELD, STC  142   22700.00
                              4 INVOICES     CUSTOMER TOTAL           25412.00

KINGS COURT BUILDERS                  CUST NUMBER:000302
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
02110009   02/21/11*03/23/11 28 W 537 WYNN AVE, WEST CHICAGO    415    1740.00
                              1 INVOICE      CUSTOMER TOTAL            1740.00

OVERSTREET BUILDERS, INC.             CUST NUMBER:000501
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
03110008   03/11/11 04/10/11 #1020, 4 RAES CREEK DR, BOLINGBRK  029    1000.00
                              1 INVOICE      CUSTOMER TOTAL            1000.00

PATRICK A. FINN, LTD.                 CUST NUMBER:000533
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
08100005   08/17/10*09/16/10 1016 N. HIGHLAND AVE, ARLINGTON HT 000   16980.00
08100005   08/17/10*09/21/10 PARTIAL PMT - REF:CK#26264         000   13000.00-
10100008   10/12/10*11/11/10 611 S. CAN-DOTA, MOUNT PROSPECT    001    9130.00
10100008   10/12/10*02/19/11 PARTIAL PMT - REF:1STAMR 2095627C  001    8480.00-
10100008   10/12/10*02/19/11 PARTIAL PMT - REF:1STAMR 2095627C  001      98.00-
12100009   12/30/10*01/29/11 117 S. EVERGREEN, ARLINGTON HEIGHT 002   45810.00
12100009   12/30/10 04/06/11 PARTIAL PMT - REF:CK#27058         002   10000.00-
12100010   12/30/10*01/29/11 925 N. ILLINOIS, ARLINGTON HEIGHT  003   47830.00
12100010   12/30/10*02/19/11 PARTIAL PMT - REF:1STAMR 2118989C  003   43556.00-
12100010   12/30/10*03/16/11 PARTIAL PMT - REF:CK#27011         003    3274.00-
02110010   02/21/11*03/23/11 1219 E. CLARENDON, ARLINGTON HGHTS 004    9860.00
                             11 INVOICES     CUSTOMER TOTAL           51202.00

ROY & LINDA SURGES                    CUST NUMBER:000528
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
00709002   07/13/09*08/12/09 4055 PRAIRIE VIEW, ST. CHARLES     000    2075.66
                              1 INVOICE      CUSTOMER TOTAL            2075.66

                             46 INVOICES        GRAND TOTAL         286885.74
```

| ----------CUSTOMER---------- | CURRENT | 30 DAYS | 60 DAYS | 90 & OVER | TOTAL |
|---|---|---|---|---|---|
| AIRHART CONSTRUCTION | 66745 | | | | 66745 |
| BOB ALTMAN | 1500 | | | | 1500 |
| DERRICO CUSTOM HOMES | 4700 | | | | 4700 |
| G. GIBBONS INC | 3500 | | | | 3500 |
| GALLAGHER HOMES, LLC | | 1471 | 1449 | 96585 | 99504 |
| GREENSCAPE HOMES, LLC | 22407 | | | | 22407 |
| JOHN HENRY HOMES | 7100 | | | | 7100 |
| JOHN R. HALL HOMES | 25412 | | | | 25412 |
| KINGS COURT BUILDERS | | 1740 | | | 1740 |
| OVERSTREET BUILDERS, INC. | 1000 | | | | 1000 |
| PATRICK A. FINN, LTD. | | 9860 | | 41342 | 51202 |
| ROY & LINDA SURGES | | | | 2076 | 2076 |
| GRAND TOTAL | 132364 | 13071 | 1449 | 140002 | 286886 |

```
PREPARED ON: 02/19/11          THIS IS ACCOUNTS RECEIVABLE 732          PAGE:   1
```
--------------------------------------------------------------------------------

*SCH B-16 A/R*

```
ABBOTT CONTRACTORS                    CUST NUMBER:000530
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
01110006   01/31/11 03/02/11 MILES RECYCLING, 1925 VULCAN, BRTL 001   31890.00
                             1 INVOICE         CUSTOMER TOTAL          31890.00

AIRHART CONSTRUCTION                  CUST NUMBER:000001
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
01110003   01/25/11 02/24/11 #44, 1N657 FISHER LANE, WINFIELD    770   15915.00
01110008   01/31/11 03/02/11 #43/44, 2037-2041 MACKENZIE PLACE   768    6120.00
01110009   01/31/11 03/02/11 #43, 1N661 FISHER LANE, WINFIELD    767     297.00
                             3 INVOICES        CUSTOMER TOTAL          22332.00

AVALOFT BUILDERS                      CUST NUMBER:000511
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
11100005   11/09/10*12/09/10 1140 WHIRLAWAY, NAPERVILLE          002    6900.00
11100011   11/18/10*12/18/10 1140 WHIRLAWAY, NAPERVILLE          002     400.00
                             2 INVOICES        CUSTOMER TOTAL           7300.00

BOB ALTMAN                            CUST NUMBER:000544
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
01110005   01/21/11 02/20/11 358 MARION, GLEN ELLYN             000     5500.00
                             1 INVOICE         CUSTOMER TOTAL           5500.00

DERRICO CUSTOM HOMES                  CUST NUMBER:000423
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
12100003   12/16/10*01/15/11 #54, 5N108 GOLDENROD, ST.CHARLES   040   26600.00
                             1 INVOICE         CUSTOMER TOTAL          26600.00

GALLAGHER HOMES, LLC                  CUST NUMBER:000525
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
10090012   10/15/09*11/14/09 LOT#22, 15726-15736 CROBALLY, MANH 000   75600.00
12090006   12/15/09*01/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000    6490.00
02100003   02/15/10*03/17/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1134.00
03100005   03/15/10*04/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1248.36
04100001   04/15/10*05/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1267.08
05100001   05/15/10*06/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1286.09
06100028   06/15/10*07/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1305.38
06100042   07/15/10*08/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1324.96
08100001   08/15/10*09/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1344.83
09100003   09/15/10*10/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1365.01
10100015   10/15/10*11/14/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1385.48
11100009   11/15/10*12/15/10 LOT#22, 15726-15736 CROBALLY, MANH 000    1406.26
12100001   12/15/10*01/14/11 LOT#22, 15726-15736 CROBALLY, MANH 000    1427.36
01110001   01/15/11*02/14/11 LOT#22, 15726-15736 CROBALLY, MANH 000    1448.77
02110002   02/15/11 03/17/11 LOT#22, 15726-15736 CROBALLY, MANH 000    1470.50
                             15 INVOICES       CUSTOMER TOTAL          99504.08
```

*LIEN FILED ON JOBS.*

```
JOHN HENRY HOMES                      CUST NUMBER:000201
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
12100008   12/30/10*01/29/11 #13, 680 STONEWOOD GLEN, GENEVA    298   25740.00
01110007   01/31/11 03/02/11 #7, 965 STONEWOOD GLEN DR, GENEVA  297    4138.00
                             2 INVOICES        CUSTOMER TOTAL          29878.00

JOHN R. HALL HOMES                    CUST NUMBER:000145
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------      AMOUNT
09100016   09/27/10*10/27/10 #87, 545 RESERVE CT, ST. CHARLES   136    2387.00
09100016   09/27/10*02/08/11 PARTIAL PMT - REF:CTI-G29049440    136    1867.00-
10100016   10/25/10*11/24/10 #87, 545 RESERVE CT, ST. CHARLES   136    8711.15
12100013   12/30/10*01/29/11 #20, 4012 PRAIRIE CROSSING, ST.CHR 140    3500.00
```

```
                        OPEN ACCOUNTS RECEIVABLE LISTING
PREPARED ON: 02/19/11        THIS IS RUN NUMBER 753                    PAGE:    2
--------------------------------------------------------------------------------
JOHN R. HALL HOMES              CUST NUMBER:000145 (Continued)
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
01110002   01/21/11 02/20/11 #10-RESERVE, 4660 FOX GROVE, STC    139     810.00
01110002   01/21/11*02/08/11 PARTIAL PMT - REF:CTI-G210016008    139      20.00-
02110001   02/02/11 03/04/11 LOT #36 PRAIRIE LAKES, ST.CHARLES   141   30526.00
                             7 INVOICES      CUSTOMER TOTAL          44047.15

MIKE QUIRK                      CUST NUMBER:000540
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
12100011   12/31/10*01/30/11 813 FRANKLIN ST, DOWNERS GROVE      000    1500.00
12100011   12/31/10 02/19/11 PARTIAL PMT - REF:1STAMR 2124044C   000     120.00-
                             2 INVOICES      CUSTOMER TOTAL           1380.00

OVERSTREET BUILDERS, INC.       CUST NUMBER:000501
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
10100024   10/30/10*11/29/10 #995 AUGUSTA VILLAGE, BOLINGBROOK   026   23830.00
10100025   10/30/10*11/29/10 #1031, 1887 SNEAD ST, BOLINGBROOK   027   23760.00
11100017   11/18/10*12/18/10 #995 AUGUSTA VILLAGE, BOLINGBROOK   026    4000.00
11100023   11/24/10*12/24/10 #1031, 1887 SNEAD ST, BOLINGBROOK   027    5700.00
12100005   12/16/10*01/15/11 #1020, 4 RAES CREEK DR, BOLINGBRK   029   23690.00
01110004   01/21/11 02/20/11 #1020, 4 RAES CREEK DR, BOLINGBRK   029    3000.00
                             6 INVOICES      CUSTOMER TOTAL          83980.00

PATRICK A. FINN, LTD.           CUST NUMBER:000533
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
08100005   08/17/10*09/16/10 1016 N. HIGHLAND AVE, ARLINGTON HT  000   16980.00
08100005   08/17/10*09/21/10 PARTIAL PMT - REF:CK#26264          000   13000.00-
10100008   10/12/10*11/11/10 611 S. CAN-DOTA, MOUNT PROSPECT     001    9130.00
10100008   10/12/10 02/19/11 PARTIAL PMT - REF:1STAMR 2095627C   001    8480.00-
10100008   10/12/10 02/19/11 PARTIAL PMT - REF:1STAMR 2095627C   001      98.00-
12100009   12/30/10*01/29/11 117 S. EVERGREEN, ARLINGTON HEIGHT  002   45810.00
12100010   12/30/10*01/29/11 925 N. ILLINOIS, ARLINGTON HEIGHT   003   47830.00
12100010   12/30/10 02/19/11 PARTIAL PMT - REF:1STAMR 2118989C   003   43560.00-
                             8 INVOICES      CUSTOMER TOTAL          54616.00

ROY & LINDA SURGES              CUST NUMBER:000528
INVOICE    INV DATE DUE DATE --------REFERENCE INFORMATION--------     AMOUNT
00709002   07/13/09*08/12/09 4055 PRAIRIE VIEW, ST. CHARLES      000    2075.66
                             1 INVOICE       CUSTOMER TOTAL           2075.66

                             49 INVOICES        GRAND TOTAL        409102.89
```

*LIEN FILED ON J'07.* (handwritten annotation next to ROY & LINDA SURGES amount 2075.66)

OPEN ACCOUNTS RECEIVABLE AGING

PREPARED ON: 02/19/11          THIS IS RUN NUMBER 753                    PAGE:   3

----------------------------------------------------------------------------------
----------CUSTOMER----------  CURRENT   30 DAYS   60 DAYS  90 & OVER     TOTAL
ABBOTT CONTRACTORS              31890                                    31890
AIRHART CONSTRUCTION            22332                                    22332
AVALOFT BUILDERS                                             7300         7300
BOB ALTMAN                       5500                                     5500
DERRICO CUSTOM HOMES                              26600                  26600
GALLAGHER HOMES, LLC             1471     1449     1427     95157        99504
JOHN HENRY HOMES                 4138    25740                           29878
JOHN R. HALL HOMES              31316     3500               9231        44047
MIKE QUIRK                                 1380                           1380
OVERSTREET BUILDERS, INC.        3000             29390     51590        83980
PATRICK A. FINN, LTD.                    50084               4532        54616
ROY & LINDA SURGES                                          2076         2076
----------------------------------------------------------------------------------
GRAND TOTAL                     99647    82153    57417    169886       409103

```
ACTIVE EXCAVATING                    VENDOR #000278 #28922 09/25/2009    2500.00
INVOICE NUMBER  INV DATE DUE DATE ------INVOICE DESCRIPTION-------   AMOUNT ITEM
7956           12/04/09*01/03/10 #22 TRAMORE/DIG                     4000.00 0001
                              1 INVOICE          VENDOR TOTAL        4000.00


OZINGA                               VENDOR #000319 #29951 04/02/2011   8623.68
INVOICE NUMBER  INV DATE DUE DATE ------INVOICE DESCRIPTION-------   AMOUNT ITEM
  CHECK#2927501 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0002
  CHECK#2931601 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0003
  CHECK#2936901 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0004
  CHECK#2939601 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0005
  CHECK#2942801 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0006
  CHECK#2950601 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0007
  CHECK#2953901 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0008
  CHECK#2960501 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0009
  CHECK#2963501 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0010
  CHECK#2967801 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0011
  CHECK#2978201 09/30/09*10/30/09 PARTIAL PAYMENT(42972        )      100.00-0012
42972          09/30/09*10/30/09 F/#22 TRAMORE                      4566.01 0013
  CHECK#2955401 10/09/09*11/08/09 PARTIAL PAYMENT(45465        )      100.00-0014
45465          10/09/09*11/08/09 W/#22 TRAMORE                     14018.49 0015
033111         03/31/11 04/30/11 BACK CHARGE/MATERIAL FAULURE/LIS 23940.00-0016
                             15 INVOICES          VENDOR TOTAL      6555.50-


SUPERIOR WATERPROOFING               VENDOR #000441 #29279 04/24/2010    701.80
INVOICE NUMBER  INV DATE DUE DATE ------INVOICE DESCRIPTION-------   AMOUNT ITEM
1290           10/13/09*11/12/09 #22 TRAMORE 11/16                  1017.60 0017
                              1 INVOICE          VENDOR TOTAL       1017.60


                             17 INVOICES         GRAND TOTAL        1537.90-
```

```
-----------VENDOR-----------   CURRENT   30 DAYS   60 DAYS 90 & OVER      TOTAL
ACTIVE EXCAVATING                                            4000      4000.00
OZINGA                         -23940                       17385     -6555.50
SUPERIOR WATERPROOFING                                       1018      1017.60
GRAND TOTAL                    -23940                       22402     -1537.90
```

Sch B-28/29

| HARD ASSETS / LIQUIDATION VALUES/   LOCATED AT : 933 First St, Batavia IL | | |
|---|---|---|
| **OFFICE** | | |
| Copier Canon PC 745 | 50 | $160 refurbished |
| Printer HP 1200 Laser Jet | 40 | $98 refurbished |
| Monitor HP 12105 | 25 | $50 comp Ebay |
| HP Pavilion CPU | 50 | $279 comp Ebay |
| Dell Demension 2400 computer & monitor | 75 | $150 comp Ebay |
| Printer HP 1012 Laser Jet | 25 | $50 refurbished |
| HP DesignJet 450C printer | 200 | $450 refurbished |
| Emerson MicroWave MW8627W | 5 | $20 comp Ebay |
| Dinette Table & 4 Chairs | 50 | $100 used |
| (3) Office desk chairs | 30 | 10 each/ 65 new |
| (1) Office Desk with 2 drawer cabinet | 50 | 100 used |
| (2) metal file cabinets/ 3' (2) drawer | 30 | 30 each used |
| | 630 | |
| | | |
| **SHOP / YARD** | | |
| (2) Transits /Leica Wild LNA20 &  MTD 5A | 200 | |
| (1) Leica lazor  Level Wild NA24 | 25 | |
| (3) Champion sprayers | 30 | |
| (2)Honda generator EB3000 | 100 | |
| Nut & Bolt Bin - Misc sizes | 10 | |
| Misc Wood Barracades & plastic cones | 20 | |
| (2)Form Oiler Dura-Guard -one not working/for parts only | 100 | |
| (1)Air Compressor Magna Force 5 hp | 100 | |
| (1)Pressure washer Alto Neptune 5 | 300 | |
| (1) floor push broom | 2 | |
| (1) scrub broom | 2 | |
| (3) garden hoses | 3 | |
| (1) 6' aluminum Step ladder | 10 | |
| Misc shop hand tools & bench vise | 50 | |
| (5) 5 gal plastic gas cans | 20 | |
| (2) 1 gal plastic gas can | 5 | |
| Metal Shelving (1) 12x3, (1) 2x4'6, (1) 2'x6'6, (1) 16" x 4'6 | 50 | |
| (3) wheel barrels | 30 | |
| (5) Electric water pumps & (13) discharge 2" water hoses | 200 | |
| (2) 10' wood ladders | 50 | |
| (1) 20' extension ladder | 50 | |
| (2) Electric Vibrators/ Wacker M2000 | 100 | |
| (6) electric extention cords | 60 | |
| Hand built wood stoop forms (6) | 20 | |
| Concrete 16' pouring chutes (2) | 75 | |
| (10) digging shovels | 20 | |
| (8) concrete come-along shovels | 20 | |
| Misc finishing Edger floats /trowels | 70 | |

| | |
|---|---|
| (30) concrete winter blankets | 200 |
| (2) 16' truck boxes as storage area | 100 |
| (3) Skil electric power saws | 90 |
| 4 x 8 handmade wood work bench | 35 |
| (3) Bosch RotoHammer drills | 100 |
| (2) plate compactor (1 Wacker & 1 Unk) | 150 |
| Misc lumber, 2x6 and 2x8 | 200 |
| Doublehead nails | 20 |
| | 2617 |
| | |
| | |
| SUPPLIES | |
| Form Release (4) buckets | 80 |
| 6 mil Plastic (3) rolls | 60 |
| Wall Ties (3) bundles | 30 |
| Cosell Dorken membrane (10) rolls & (10) boxes Fasteners | 300 |
| (3) Escape well ladders | 45 |
| Caution tape (5) rolls | 10 |
| Rebar dowel rods (2) buckets 2' & 3' | 20 |
| (3) rolls 250' 4" draintile | 120 |
| (2) rolls #10 wire mesh | 60 |
| (500) approx Rebar plastic cap covers | 40 |
| | 765 |
| | |
| | |
| | 4012 |

B6D (Official Form 6D) (12/07)

In re  **JMS Concrete Construction, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **9/21/01** | | | | | |
| **7 Star Leasing, LLC** <br> **3 N. 151 Woodcreek Ln** <br> **West Chicago, IL 60185** | - | | | | **Blanket lien** <br><br> **JP Morgan Chase Bank- General Account ending in #4464** | | | | | |
| | | | | | Value $           41,462.95 | | | | **5,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal <br> (Total of this page) | **5,000.00** | **0.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **5,000.00** | **0.00** |

B6E (Official Form 6E) (4/10)

In re **JMS Concrete Construction, Inc.**                                        Case No. _____
                                                                            ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **JMS Concrete Construction, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**DuPage Cty Cement Mason FB Fund**<br>**240 W. St. Charles Rd.**<br>**Villa Park, IL 60181**<br><br>- | | | | **4/1/06 to 5/31/10**<br><br>**Audit** | X | X | X | <br><br><br>13,940.87 | **Unknown**<br><br>Unknown |
| Account No. **x2340**<br><br>**Laborers Pension and Welfare Fund**<br>**11465 Cermak Rd.**<br>**Westchester, IL 60154**<br><br>- | | | | **unknown**<br><br>**Alleged additional contributions due** | X | X | X | <br><br><br>279,765.32 | **Unknown**<br><br>Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 293,706.19 | 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re      **JMS Concrete Construction, Inc.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xx-xxx3330**<br><br>**Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60602** | - | | | **2010-2011**<br><br>**Payroll taxes** | | X | X | Unknown | Unknown | **Unknown**<br><br>**Unknown** |
| Account No. **xx-xxx3330**<br><br>**Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346** | - | | | **2010/2011**<br><br>**Taxes** | | X | X | Unknown | Unknown | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | Subtotal<br>(Total of this page) | 0.00<br>0.00 | 0.00<br>0.00 |
|---|---|---|---|---|
| | | Total<br>(Report on Summary of Schedules) | 0.00<br>293,706.19 | 0.00 |

Sheet __2__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re    **JMS Concrete Construction, Inc.**                                   ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**931 Corporation** <br>**3N151 Woodcreek** <br>**West Chicago, IL 60185** | - | | **Apr-10** <br>**Loan** | | | | **60,000.00** |
| Account No. <br><br>**Active Excavating** <br>**817 E. North St.** <br>**Elburn, IL 60119** | | | **Dec-09** <br>**Trade Debt** | | | | **4,000.00** |
| Account No. <br><br>**Brookstone Construction** <br>**1879 Neltnor Blvd, #248** <br>**West Chicago, IL 60185** | - | | **Apr-09** <br>**Loan** | | | | **470,000.00** |
| Account No. **5951** <br><br>**Cement Masons #502** <br>**Pension Fund** <br>**739 S. 25th Ave.** <br>**Bellwood, IL 60104** | - | | **2011** <br>**Potential Withdrawal Liability** | X | X | X | **Unknown** |

|  |  |
|---|---|
| __2__  continuation sheets attached | Subtotal <br> (Total of this page)  **534,000.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:33434-110406    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **JMS Concrete Construction, Inc.**                                      ,        Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  DuPage Cty Cement Masons FB Fund 240 W. St. Charles Rd. Villa Park, IL 60181 | - | | | February 2011 Alleged Withdrawal Liability | X | X | X | 644,465.68 |
| Account No.  First Horizan Home Loans c/o Pierce and Assoc. 1 No. Dearborn St.  13th Floor Chicago, IL 60602 | - | | | 4/7/11 Debtor is defendant in a forclosure due to filed mechanic's lien. | | | X | Unknown |
| Account No.  638  Fox Valley Construction Workers Pension Fund 28 N. First St. Geneva, IL 60134 | - | | | 2011 Potential withdrawl liability | X | X | X | Unknown |
| Account No.  Fuchs & Roselli, LTD 440 W. Randolph, #500 Chicago, IL 60606 | - | | | Trade Debt (attorney) | | | | Unknown |
| Account No.  x2340  Laborers Pension and Welfare Fund 11465 Cermak Rd. Westchester, IL 60154 | - | | | 1/13/2011 Alleged withdrawal liability | X | X | X | 817,940.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,462,405.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **JMS Concrete Construction, Inc.** _____,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Oct-09<br>**Trade Debt** | | | | |
| **Superior Waterproofing**<br>**PO Box 356**<br>**Bristol, IL 60512** | | | | | | | | **1,017.60** |
| Account No. **xx31-00** | | - | | **Trade Debt** | | | | |
| **Wessels-Sherman**<br>**1860 Executive Dr**<br>**#E-1**<br>**Oconomowoc, WI 53066** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,017.60** |
| Total (Report on Summary of Schedules) | **1,997,423.28** |

B6G (Official Form 6G) (12/07)

.

In re    **JMS Concrete Construction, Inc.**                                      ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **7 Star Leasing, LLC**<br>**3 N. 151 Woodcreek Ln**<br>**West Chicago, IL 60185** | **Equipment lease dated 9/21/01** |
| **Sterne Partnership**<br>**3 N. 151 Woodcreek Ln.**<br>**West Chicago, IL 60185** | **Lease of commercial real estate at 933 First St.**<br>**Batavia, Il. 60510** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re  **JMS Concrete Construction, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **JMS Concrete Construction, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 13, 2011**

Signature  **/s/ Juli Sterne**

**Juli Sterne**
**President/Secretary**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **JMS Concrete Construction, Inc.**

_____    Case No. _____

Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$454,200.00** | **2011 YTD: Debtor Gross sales before COGS** |
| **$2,679,946.00** | **2010: Debtor Gross sales before COGS** |
| **$1,910,887.00** | **2009: Debtor Gross sales before COGS** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ordinary Course of Business Creditors See Checkbook Register attached as Addendum SOFA #** | **Various** | **$0.00** | **$0.00** |

None □

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Shawn Sterne 3 N 151 Woodcreek Ln. West Chicago, IL 60185** | **January 21, 2011- $20,000 January 28, 2011- $60,000** | **$80,000.00** | **$0.00** |
| **Shawn Sterne 3 N. 151 Woodcreek Ln. West Chicago, IL 60185** | **Various-1/15/11 to 3/31/11 Reimbursement of corporate expenses charged to personal credit card** | **$10,322.61** | **$0.00** |
| **Skip Sterne 2441 W. Walton,  Unit #1 Chicago, IL 60622      Brother of Shareholder** | **Various- Regular wages for employment** | **$49,865.00** | **$0.00** |
| **Skip Sterne 2441 W. Walton,  Unit #1 Chicago, IL 60622      Brother of Shareholder** | **Reimbursement of expenses 7/17/10 to 3/10/11** | **$2,004.96** | **$0.00** |
| **7 Star Leasing, LLC 3 N. 151 Woodcreek Ln West Chicago, IL 60185      Commonly owned business** | **Equipment Lease- Paid each month for last 12 months at $4000/month** | **$48,000.00** | **$0.00** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sterne Partnership**<br>**3 N. 151 Woodcreek Ln.**<br>**West Chicago, IL 60185**<br>   **Common ownership with Debtor** | **Lease of commercial real estate used by Debtor as its prioncipal place of business, paid monthly at $3000/month.** | **$36,000.00** | **$0.00** |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Horizon Home Loans vs. Roy E.Surges et al Case #11 CH 1346** | **Foreclosure and Mechanic Lien action** | **16th Judicial Circuit Kane County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown Covey Gaertner & Dav** **400 S. County Farm Rd.** **Suite #330** **Wheaton, IL 60187** | **2/17/2011** | **$7,799.00** |
| **Fuchs and Roselli, LTD.** **440 W. Randolph St.** **Suite #500** **Chicago, IL 60606** | **Various** | **$329.00** |
| **Wessels Sherman** **1860 Executive Dr.** **Suite #E-1** **Oconomowoc, WI 53066** | **Various** | **$5,658.11** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John R. Todd CPA** <br> **1121 Compton Point Dr.** <br> **Addison, IL 60101** | **Various over last several years** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Laborers Pension and Welfare Fund** | **11465 Cermak Rd.** <br> **Westchester, IL 60154** | **November 2010 to February 2011- Audit of benefits contributions** |
| **DuPage Cty Cement Masons FB Fund** | **240 W.St.Charles Rd.** <br> **Villa Park, IL 60181** | **November 2010 to February 2011- Audit of benefit contributions** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Juli Sterne** | **3 N. 151 Woodcreek Ln** <br> **West Chicago, IL 60185** |
| **John R. Todd CPA** | **Address Above** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **February 2011** | **Juli Sterne** | **See Hard Asset List attached to Sch. "B"** |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **February 2011** | **Juli Sterne** <br> **See Above** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■        a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐        b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Juli Sterne**<br>**3 N. 151 Woodcreek Ln.**<br>**West Chicago, IL 60185** | **Shareholder, Director,**<br>**President/Secretary** | **66.7% of all issued common stock of Debtor** |
| **Shane Sterne**<br>**1441 Green Pheasent Dr.**<br>**Batavia, IL 60510** | **Director/ Shareholder** | **33.3% of all issued common stock of the Debtor** |

**22 . Former partners, officers, directors and shareholders**

None
■        a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■        b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐        If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Skip Sterne** | **See SOFA #3c** | **See SOFA #3c** |
| **Brother of Shareholder** | | |
| **Sterne Partnership** | **See SOFA #3c** | **See SOFA #3c** |
| **Common ownership** | | |
| **7 Star Leasing, LLC.** | **See SOFA #3c** | **See SOFA #3c** |
| **Common Ownership** | | |
| **Shawn Sterne**<br>**Address Above** | **See SOFA #3c** | **See SOFA #3c** |
| **Employee** | | |

**24. Tax Consolidation Group.**

None
■        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   __April 13, 2011_____          Signature   __/s/ Juli Sterne_____

                                                      __Juli Sterne_____
                                                      __President/Secretary_____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | VENDOR NAME | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29924 | 03/16/11 | 000529 | WESSELS-SHERMAN | 01050 | 852.50 |
| 29925 | 03/21/11 | 000006 | ADP | 01050 | 133.42 |
| 29926 | 03/21/11 | 000243 | BLUECROSS BLUESHIELD OF ILL | 01050 | 2440.17 |
| 29927 | 03/21/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 5337.97 |
| 29928 | 03/21/11 | 000222 | OLLIE'S GARAGE, INC. | 01050 | 2222.22 |
| 29929 | 03/21/11 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 339.92 |
| 29930 | 03/21/11 | 000301 | TELVENT DTN INC | 01050 | 291.00 |
| 29931 | 03/25/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 1872.05 |
| 29932 | 03/25/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 2808.76 |
| 29933 | 03/25/11 | 000017 | JOHN R. TODD, CPA | 01050 | 459.20 |
| 29934 | 03/25/11 | 000076 | LAFARGE CONCO-WESTERN STONE | 01050 | 1122.39 |
| 29935 | 03/25/11 | 000057 | MEYER MATERIAL CO. | 01050 | 1657.90 |
| 29936 | 03/25/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 12470.31 |
| 29937 | 03/25/11 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 55.50 |
| 29938 | 03/25/11 | 000104 | SPRINT/NEXTEL | 01050 | 928.47 |
| 29939 | 03/25/11 | 000029 | THOMPSON AUTO SUPPLY | 01050 | 113.64 |
| 29940 | 03/31/11 | 000006 | ADP | 01050 | 128.82 |
| 29941 | 03/31/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 4002.16 |
| 29942 | 03/31/11 | 000036 | FEECE OIL CO. | 01050 | 24.98 |
| 29943 | 03/31/11 | 000204 | HOME DEPOT | 01050 | 14.98 |
| 29944 | 03/31/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 25940.72 |
| 29945 | 03/31/11 | 000157 | SHAWN STERNE | 01050 | 176.03 |
| 29946 | 03/31/11 | 000109 | STERNE PARTNERSHIP | 01050 | 3000.00 |
| 29947 | 04/02/11 | 000375 | 7 STAR LEASING, LLC | 01050 | 4000.00 |
| 29948 | 04/02/11 | 000006 | ADP | 01050 | 64.41 |
| 29949 | 04/02/11 | 000200 | FAST-TRAC CONVEYOR SERV. INC. | 01050 | 5000.00 |
| 29950 | 04/02/11 | 000017 | JOHN R. TODD, CPA | 01050 | 568.37 |
| 29951 | 04/02/11 | 000319 | OZINGA | 01050 | 8623.68 |
| 29952 | 04/02/11 | 000483 | PRUDENTIAL LIFE | 01050 | 5246.28 |
| 29953 | 04/02/11 | 000413 | VEOLIAS WASTE MANAGEMENT/ONYX | 01050 | 170.20 |
| 29954 | 04/02/11 | 000033 | WASCO TRUCK REPAIR CO. | 01050 | 169.50 |
| 29955 | 04/04/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 2304.12 |
| 29956 | 04/04/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 2923.65 |
| 29957 | 04/04/11 | 000036 | FEECE OIL CO. | 01050 | 3879.48 |
| 29958 | 04/04/11 | 000076 | LAFARGE CONCO-WESTERN STONE | 01050 | 1627.43 |
| 29959 | 04/04/11 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 1379.69 |
| 29960 | 04/04/11 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 600.00 |
| 29961 | 04/04/11 | 000222 | OLLIE'S GARAGE, INC. | 01050 | 486.37 |
| 29962 | 04/04/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 10568.42 |
| 29963 | 04/04/11 | 000471 | ZIMMERMAN FORD | 01050 | 100.00 |

GRAND TOTAL........... 645972.76

ADDENDUM - SOFA . # 3b
Gen. REGISTER - ACCT ENDING IN #4464

Addendum - SOFA #3b
Gen. Register - Acct Ending in #4464

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | VENDOR NAME | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|
| 59923 | 03/16/11 | 000413 | VEOLIAS WASTE MANAGEMENT/ONYX | 0150 | 174.57 |
| 59922 | 03/16/11 | 000157 | SHAWN STERNE | 0150 | 67.77 |
| 59921 | 03/16/11 | 000063 | R & J CONSTRUCTION SUPPLY CO. | 0150 | 15.58 |
| 59920 | 03/16/11 | 000254 | PRAIRIE MATERIAL SALES, INC. | 0150 | 19067.04 |
| 59919 | 03/16/11 | 000319 | OZINGA | 0150 | 11874.12 |
| 59918 | 03/16/11 | 000014 | NICOR | 0150 | 204.18 |
| 59917 | 03/16/11 | 000453 | MENARDS | 0150 | 694.56 |
| 59916 | 03/16/11 | 000064 | LITGEN CONCRETE CUTTING | 0150 | 650.00 |
| 59915 | 03/16/11 | 000026 | LAFARGE FOX RIVER STONE | 0150 | 350.46 |
| 59914 | 03/16/11 | 000076 | LAFARGE CONCO-WESTERN STONE | 0150 | 735.50 |
| 59913 | 03/16/11 | 000473 | HILTI INC | 0150 | 523.18 |
| 59912 | 03/16/11 | 000036 | FEECE OIL CO. | 0150 | 5976.19 |
| 59911 | 03/16/11 | 000446 | COMCAST | 0150 | 23.95 |
| 59910 | 03/16/11 | 000022 | CITY OF BATAVIA | 0150 | 770.07 |
| 59909 | 03/16/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 0150 | 5955.34 |
| 59908 | 03/16/11 | 000225 | AT & T (8100) | 0150 | 157.32 |
| 59907 | 03/10/11 | 000391 | SKIP STERNE | 0150 | 565.73 |
| 59906 | 03/10/11 | 000254 | PRAIRIE MATERIAL SALES, INC. | 0150 | 12609.00 |
| 59905 | 03/10/11 | 000026 | LAFARGE FOX RIVER STONE | 0150 | 456.38 |
| 59904 | 03/10/11 | 000076 | LAFARGE CONCO-WESTERN STONE | 0150 | 689.47 |
| 59903 | 03/10/11 | 000158 | CARROLL DISTRIBUTING & SUPPLY | 0150 | 6254.95 |
| 59902 | 03/10/11 | 000086 | ADP | 0150 | 187.18 |
| 59901 | 03/05/11 | 000029 | THOMPSON AUTO SUPPLY | 0150 | 31.14 |
| 59900 | 03/05/11 | 000109 | STERNE PARTNERSHIP | 0150 | 3000.00 |
| 59899 | 03/05/11 | 000157 | SHAWN STERNE | 0150 | 654.82 |
| 59898 | 03/05/11 | 000254 | PRAIRIE MATERIAL SALES, INC. | 0150 | 3526.38 |
| 59897 | 03/05/11 | 000319 | OZINGA | 0150 | 4736.47 |
| 59896 | 03/05/11 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 0150 | 851.62 |
| 59895 | 03/05/11 | 000095 | MC CANN CONSTRUCTION SUPPLY | 0150 | 474.15 |
| 59894 | 03/05/11 | 000036 | FEECE OIL CO. | 0150 | 3694.27 |
| 59893 | 03/05/11 | 000200 | FAST-TRAC CONVEYOR SERV., INC. | 0150 | 5000.00 |
| 59892 | 03/05/11 | 000392 | COUNTRY COMPANIES | 0150 | 175.00 |
| 59891 | 03/05/11 | 000555 | BRACING SYSTEMS-NORTH | 0150 | 171.60 |
| 59890 | 03/05/11 | 000375 | 7 STAR LEASING, LLC | 0150 | 4000.00 |
| 59889 | 03/04/11 | 000255 | DUPAGE COUNTY BUILDING DEPT. | 0150 | 100.00 |
| 59888 | 03/20/11 | 000184 | SPRINT/NEXTEL | 0150 | 873.99 |
| 59887 | 03/02/11 | 000254 | PRAIRIE MATERIAL SALES, INC. | 0150 | 4296.15 |
| 59886 | 03/02/11 | 000319 | OZINGA | 0150 | 24736.97 |
| 59885 | 03/02/11 | 000026 | LAFARGE FOX RIVER STONE | 0150 | 389.18 |
| 59884 | 03/02/11 | 000509 | LAFARGE ELBURN SAND & GRAVEL | 0150 | 946.91 |
| 59883 | 03/02/11 | 000076 | LAFARGE CONCO-WESTERN STONE | 0150 | 139.06 |
| 59882 | 03/02/11 | 000017 | JOHN R. TODD, CPA | 0150 | 506.70 |
| 59881 | 03/02/11 | 000473 | HILTI INC | 0150 | 346.47 |
| 59880 | 03/02/11 | 000446 | COMCAST | 0150 | 65.95 |

| CHECK<br>NUMBER | CHECK<br>DATE | VENDOR<br>NUMBER | VENDOR<br>NAME | G/L<br>ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29792 | 01/22/11 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 450.61 |
| 29793 | 01/22/11 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 2359.30 |
| 29794 | 01/22/11 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 1189.93 |
| 29795 | 01/22/11 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 2984.81 |
| 29796 | 01/22/11 | 000319 | OZINGA | 01050 | 11868.03 |
| 29797 | 01/22/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 3839.57 |
| 29798 | 01/22/11 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 1764.33 |
| 29799 | 01/28/11 | 000157 | SHAWN STERNE | 01050 | 60000.00 |
| 29800 | 01/29/11 | 000225 | AT & T (8100) | 01050 | 124.69 |
| 29801 | 01/29/11 | 000022 | CITY OF BATAVIA | 01050 | 452.34 |
| 29802 | 01/29/11 | 000448 | COMCAST | 01050 | 59.95 |
| 29803 | 01/29/11 | 000240 | FAST-TRAC CONVEYOR SERV. INC. | 01050 | 5000.00 |
| 29804 | 01/29/11 | 000319 | OZINGA | 01050 | 19567.43 |
| 29805 | 01/29/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 1148.07 |
| 29806 | 01/29/11 | 000109 | STERNE PARTNERSHIP | 01050 | 3000.00 |
| 29807 | 01/29/11 | 000029 | THOMPSON AUTO SUPPLY | 01050 | 799.57 |
| 29808 | 01/29/11 | 000033 | WASCO TRUCK REPAIR CO. | 01050 | 50.00 |
| 29809 | 01/29/11 | 000471 | ZIMMERMAN FORD | 01050 | 277.50 |
| 29811 | 02/05/11 | 000006 | ADP | 01050 | 262.26 |
| 29812 | 02/05/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 1638.58 |
| 29813 | 02/05/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 1473.71 |
| 29814 | 02/05/11 | 000545 | COSELLA-DORKEN | 01050 | 8350.82 |
| 29815 | 02/05/11 | 000131 | ELMHURST-CHICAGO STONE | 01050 | 933.97 |
| 29816 | 02/05/11 | 000036 | FEECE OIL CO. | 01050 | 1739.74 |
| 29817 | 02/05/11 | 000473 | HILTI INC | 01050 | 523.18 |
| 29818 | 02/05/11 | 000284 | HOME DEPOT | 01050 | 57.75 |
| 29819 | 02/05/11 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 859.65 |
| 29820 | 02/05/11 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 912.69 |
| 29821 | 02/05/11 | 000404 | MC MASTER-CARR SUPPLY CO. | 01050 | 109.77 |
| 29822 | 02/05/11 | 000453 | MENARDS | 01050 | 145.09 |
| 29823 | 02/05/11 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 954.85 |
| 29824 | 02/05/11 | 000319 | OZINGA | 01050 | 15219.69 |
| 29825 | 02/05/11 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 1256.92 |
| 29826 | 02/05/11 | 000213 | WELCH BROS., INC. | 01050 | 68.96 |
| 29810 | 02/08/11 | 000534 | VILLAGE OF LOMBARD | 01050 | 75.00 |
| 29827 | 02/10/11 | 000521 | TREDROC TIRE SERVICES | 01050 | 3058.45 |
| 29828 | 02/11/11 | 000006 | ADP | 01050 | 122.47 |
| 29829 | 02/11/11 | 000243 | BLUECROSS BLUESHIELD OF ILL | 01050 | 2440.17 |
| 29830 | 02/11/11 | 000133 | DETECTION SYSTEMS & SERVICE | 01050 | 324.00 |
| 29831 | 02/11/11 | 000036 | FEECE OIL CO. | 01050 | 3194.94 |
| 29832 | 02/11/11 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 547.30 |
| 29833 | 02/11/11 | 000319 | OZINGA | 01050 | 19945.53 |
| 29834 | 02/11/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 11367.22 |
| 29835 | 02/11/11 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 1606.92 |

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | VENDOR NAME | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29742 | 01/05/11 | 000375 | 7 STAR LEASING, LLC | 01050 | 8000.00 |
| 29749 | 01/08/11 | 000006 | ADP | 01050 | 137.07 |
| 29750 | 01/08/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 3000.22 |
| 29751 | 01/08/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 1235.17 |
| 29752 | 01/08/11 | 000022 | CITY OF BATAVIA | 01050 | 100.00 |
| 29753 | 01/08/11 | 000023 | DRIVELINE TRUCK REPAIR | 01050 | 1191.06 |
| 29754 | 01/08/11 | 000548 | EARTH, INC. | 01050 | 5395.00 |
| 29755 | 01/08/11 | 000131 | ELMHURST-CHICAGO STONE | 01050 | 1331.03 |
| 29756 | 01/08/11 | 000127 | FISCHER CRANE | 01050 | 456.18 |
| 29757 | 01/08/11 | 000473 | HILTI INC | 01050 | 801.16 |
| 29758 | 01/08/11 | 000017 | JOHN R. TODD, CPA | 01050 | 857.81 |
| 29759 | 01/08/11 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 120.99 |
| 29760 | 01/08/11 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 2730.11 |
| 29761 | 01/08/11 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 1037.73 |
| 29762 | 01/08/11 | 000404 | MC MASTER-CARR SUPPLY CO. | 01050 | 264.01 |
| 29763 | 01/08/11 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 1062.95 |
| 29764 | 01/08/11 | 000319 | OZINGA | 01050 | 7622.83 |
| 29765 | 01/08/11 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 3244.11 |
| 29766 | 01/08/11 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 572.04 |
| 29767 | 01/08/11 | 000033 | WASCO TRUCK REPAIR CO. | 01050 | 40.00 |
| 29768 | 01/15/11 | 000551 | 1ST AYD CORPORATION | 01050 | 141.09 |
| 29769 | 01/15/11 | 000006 | ADP | 01050 | 136.34 |
| 29770 | 01/15/11 | 000243 | BLUECROSS BLUESHIELD OF ILL | 01050 | 2440.17 |
| 29771 | 01/15/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 4103.21 |
| 29772 | 01/15/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 3191.27 |
| 29773 | 01/15/11 | 000531 | CHASE CARD SERVICES | 01050 | 9423.99 |
| 29774 | 01/15/11 | 000448 | COMCAST | 01050 | 59.95 |
| 29775 | 01/15/11 | 000548 | EARTH, INC. | 01050 | 525.00 |
| 29776 | 01/15/11 | 000537 | FERRELL GAS | 01050 | 138.88 |
| 29777 | 01/15/11 | 000473 | HILTI INC | 01050 | 960.42 |
| 29778 | 01/15/11 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 1804.06 |
| 29779 | 01/15/11 | 000508 | LAFARGE ELBURN SAND & GRAVEL | 01050 | 330.92 |
| 29780 | 01/15/11 | 000453 | MENARDS | 01050 | 739.19 |
| 29781 | 01/15/11 | 000014 | NICOR | 01050 | 182.27 |
| 29782 | 01/15/11 | 000319 | OZINGA | 01050 | 8625.66 |
| 29783 | 01/15/11 | 000547 | PRESSURE SOLUTIONS, INC | 01050 | 70.00 |
| 29784 | 01/15/11 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 2538.34 |
| 29785 | 01/15/11 | 000184 | SPRINT/NEXTEL | 01050 | 748.36 |
| 29786 | 01/15/11 | 000301 | TELVENT DTN INC | 01050 | 291.00 |
| 29787 | 01/15/11 | 000413 | VEOLIAS WASTE MANAGEMENT/ONYX | 01050 | 172.72 |
| 29788 | 01/21/11 | 000157 | SHAWN STERNE | 01050 | 20000.00 |
| 29789 | 01/22/11 | 000375 | 7 STAR LEASING, LLC | 01050 | 4000.00 |
| 29790 | 01/22/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 3372.00 |
| 29791 | 01/22/11 | 000548 | EARTH, INC. | 01050 | 4722.50 |

DATE PREPARED: 02/18/11

CHECK REGISTER
FROM 10/01/10

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | VENDOR NAME | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29704 | 12/16/10 | 000269 | PATTEN INDUSTRIES | 01050 | 1687.00 |
| 29705 | 12/18/10 | 000006 | ADP | 01050 | 136.34 |
| 29706 | 12/18/10 | 000243 | BLUECROSS BLUESHIELD OF ILL | 01050 | 2440.17 |
| 29707 | 12/18/10 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 2253.32 |
| 29708 | 12/18/10 | 000392 | COUNTRY COMPANIES | 01050 | 22932.61 |
| 29709 | 12/18/10 | 000036 | FEECE OIL CO. | 01050 | 2676.14 |
| 29710 | 12/18/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 593.40 |
| 29711 | 12/18/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 1849.55 |
| 29712 | 12/18/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 2186.02 |
| 29713 | 12/18/10 | 000319 | OZINGA | 01050 | 12277.67 |
| 29714 | 12/18/10 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 14484.19 |
| 29715 | 12/18/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 1452.83 |
| 29716 | 12/18/10 | 000471 | ZIMMERMAN FORD | 01050 | 1203.05 |
| 29717 | 12/24/10 | 000225 | AT & T (8100) | 01050 | 115.23 |
| 29718 | 12/24/10 | 000022 | CITY OF BATAVIA | 01050 | 344.81 |
| 29719 | 12/24/10 | 000392 | COUNTRY COMPANIES | 01050 | 100.00 |
| 29720 | 12/24/10 | 000450 | CURB CUTTERS INC | 01050 | 250.00 |
| 29721 | 12/24/10 | 000023 | DRIVELINE TRUCK REPAIR | 01050 | 797.11 |
| 29722 | 12/24/10 | 000548 | EARTH, INC. | 01050 | 640.00 |
| 29723 | 12/24/10 | 000036 | FEECE OIL CO. | 01050 | 2906.20 |
| 29724 | 12/24/10 | 000084 | FUCHS & ROSELLI, LTD. | 01050 | 44.00 |
| 29725 | 12/24/10 | 000473 | HILTI INC | 01050 | 1876.40 |
| 29726 | 12/24/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 1212.78 |
| 29727 | 12/24/10 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 2528.14 |
| 29728 | 12/24/10 | 000404 | MC MASTER-CARR SUPPLY CO. | 01050 | 227.18 |
| 29729 | 12/24/10 | 000453 | MENARDS | 01050 | 4064.86 |
| 29730 | 12/24/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 1752.57 |
| 29731 | 12/24/10 | 000314 | NICOR | 01050 | 131.12 |
| 29732 | 12/24/10 | 000319 | OZINGA | 01050 | 29928.06 |
| 29733 | 12/24/10 | 000269 | PATTEN INDUSTRIES | 01050 | 1526.27 |
| 29734 | 12/24/10 | 000423 | SERAPHIN & SERAPHIN, LTD | 01050 | 45.00 |
| 29735 | 12/24/10 | 000029 | THOMPSON AUTO SUPPLY | 01050 | 772.64 |
| 29736 | 12/24/10 | 000521 | TREDROC TIRE SERVICES | 01050 | 314.69 |
| 29737 | 12/24/10 | 000550 | ULINE | 01050 | 725.67 |
| 29738 | 12/24/10 | 000413 | VEOLIAS WASTE MANAGEMENT/ONYX | 01050 | 157.38 |
| 29739 | 12/24/10 | 000171 | VILLAGE OF ARLINGTON HEIGHTS | 01050 | 130.00 |
| 29740 | 12/24/10 | 000529 | WESSELS-SHERMAN | 01050 | 52.00 |
| 29741 | 12/24/10 | 000055 | WEST CHICAGO PRINTING CO. | 01050 | 478.50 |
| 29742 | 01/05/11 | 000375 | 7 STAR LEASING, LLC | 01050 | 8000.00 |
| 29749 | 01/08/11 | 000006 | ADP | 01050 | 137.07 |
| 29750 | 01/08/11 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 3000.22 |
| 29751 | 01/08/11 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 1235.17 |
| 29752 | 01/08/11 | 000022 | CITY OF BATAVIA | 01050 | 100.00 |
| 29753 | 01/08/11 | 000023 | DRIVELINE TRUCK REPAIR | 01050 | 1191.06 |

| CHECK<br>NUMBER | CHECK<br>DATE | VENDOR<br>NUMBER | VENDOR<br>NAME | G/L<br>ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29660 | 11/20/10 | 000036 | FEECE OIL CO. | 01050 | 2796.49 |
| 29661 | 11/20/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 1098.36 |
| 29662 | 11/20/10 | 000453 | MENARDS | 01050 | 2327.22 |
| 29663 | 11/20/10 | 000014 | NICOR | 01050 | 114.93 |
| 29664 | 11/20/10 | 000319 | OZINGA | 01050 | 14537.80 |
| 29665 | 11/20/10 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 1552.51 |
| 29666 | 11/20/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 3069.67 |
| 29667 | 11/20/10 | 000423 | SERAPHIN & SERAPHIN, LTD | 01050 | 136.22 |
| 29668 | 11/20/10 | 000413 | VEOLIAS WASTE MANAGEMENT/ONYX | 01050 | 150.91 |
| 29669 | 11/20/10 | 000529 | WESSELS-SHERMAN | 01050 | 52.00 |
| 29670 | 11/27/10 | 000006 | ADP | 01050 | 134.88 |
| 29671 | 11/27/10 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 1124.55 |
| 29672 | 11/27/10 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 343.70 |
| 29673 | 11/27/10 | 000549 | CONSTRN/GEOTECHNICAL TESTING, | 01050 | 900.00 |
| 29674 | 11/27/10 | 000548 | EARTH, INC. | 01050 | 3790.00 |
| 29675 | 11/27/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 2060.28 |
| 29676 | 11/27/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 1071.37 |
| 29677 | 11/27/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 1266.94 |
| 29678 | 11/27/10 | 000319 | OZINGA | 01050 | 28211.75 |
| 29679 | 11/27/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 2061.27 |
| 29680 | 11/27/10 | 000029 | THOMPSON AUTO SUPPLY | 01050 | 446.15 |
| 29681 | 11/27/10 | 000521 | TREDROC TIRE SERVICES | 01050 | 2030.10 |
| 29682 | 11/27/10 | 000033 | WASCO TRUCK REPAIR CO. | 01050 | 135.46 |
| 29683 | 11/27/10 | 000536 | WESTSIDE RUB-R-WALL, INC. | 01050 | 2673.00 |
| 29684 | 12/07/10 | 000162 | VILLAGE OF BARTLETT | 01050 | 50.00 |
| 29685 | 12/11/10 | 000006 | ADP | 01050 | 68.17 |
| 29686 | 12/11/10 | 000128 | CARROLL DISTRIBUTING & SUPPLY | 01050 | 818.46 |
| 29687 | 12/11/10 | 000473 | HILTI INC | 01050 | 292.11 |
| 29688 | 12/11/10 | 000284 | HOME DEPOT | 01050 | 544.47 |
| 29689 | 12/11/10 | 000017 | JOHN R. TODD, CPA | 01050 | 541.25 |
| 29690 | 12/11/10 | 000508 | LAFARGE ELBURN SAND & GRAVEL | 01050 | 396.63 |
| 29691 | 12/11/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 2707.24 |
| 29692 | 12/11/10 | 000064 | LITGEN CONCRETE CUTTING | 01050 | 650.00 |
| 29693 | 12/11/10 | 000442 | LOWES | 01050 | 80.55 |
| 29694 | 12/11/10 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 4339.66 |
| 29695 | 12/11/10 | 000057 | MEYER MATERIAL CO. | 01050 | 2070.80 |
| 29696 | 12/11/10 | 000319 | OZINGA | 01050 | 17745.97 |
| 29697 | 12/11/10 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 3632.75 |
| 29698 | 12/11/10 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 838.74 |
| 29699 | 12/11/10 | 000547 | PRESSURE SOLUTIONS, INC | 01050 | 372.07 |
| 29700 | 12/11/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 1665.37 |
| 29701 | 12/11/10 | 000184 | SPRINT/NEXTEL | 01050 | 799.83 |
| 29702 | 12/11/10 | 000213 | WELCH BROS., INC. | 01050 | 88.14 |
| 29703 | 12/11/10 | 000536 | WESTSIDE RUB-R-WALL, INC. | 01050 | 4800.00 |

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | VENDOR NAME | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29615 | 10/30/10 | 000448 | COMCAST | 01050 | 59.95 |
| 29616 | 10/30/10 | 000545 | COSELLA-DORKEN | 01050 | 11755.99 |
| 29617 | 10/30/10 | 000205 | DORTRAK, INC. | 01050 | 192.50 |
| 29618 | 10/30/10 | 000023 | DRIVELINE TRUCK REPAIR | 01050 | 1126.82 |
| 29619 | 10/30/10 | 000096 | DUNCAN EXCAVATING, INC. | 01050 | 6000.00 |
| 29620 | 10/30/10 | 000036 | FEECE OIL CO. | 01050 | 3018.31 |
| 29621 | 10/30/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 346.69 |
| 29622 | 10/30/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 2226.50 |
| 29623 | 10/30/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 1305.24 |
| 29624 | 10/30/10 | 000319 | OZINGA | 01050 | 8538.28 |
| 29625 | 10/30/10 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 9787.27 |
| 29626 | 10/30/10 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 758.80 |
| 29627 | 10/30/10 | 000423 | SERAPHIN & SERAPHIN, LTD | 01050 | 80.00 |
| 29628 | 11/04/10 | 000129 | PETER LEGIEZA | 01050 | 20.00 |
| 29629 | 11/06/10 | 000392 | COUNTRY COMPANIES | 01050 | 100.00 |
| 29630 | 11/06/10 | 000548 | EARTH, INC. | 01050 | 4572.50 |
| 29631 | 11/06/10 | 000473 | HILTI INC | 01050 | 402.54 |
| 29632 | 11/06/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 418.72 |
| 29633 | 11/06/10 | 000442 | LOWES | 01050 | 11.26 |
| 29634 | 11/06/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 4049.16 |
| 29635 | 11/06/10 | 000319 | OZINGA | 01050 | 20278.86 |
| 29636 | 11/06/10 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 504.56 |
| 29637 | 11/06/10 | 000463 | PRUDENTIAL LIFE | 01050 | 5246.28 |
| 29638 | 11/06/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 1506.07 |
| 29639 | 11/06/10 | 000184 | SPRINT/NEXTEL | 01050 | 1192.10 |
| 29640 | 11/12/10 | 000086 | ADP | 01050 | 132.27 |
| 29641 | 11/12/10 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 2183.68 |
| 29642 | 11/12/10 | 000023 | DRIVELINE TRUCK REPAIR | 01050 | 396.32 |
| 29643 | 11/12/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 1101.66 |
| 29644 | 11/12/10 | 000508 | LAFARGE ELBURN SAND & GRAVEL | 01050 | 308.24 |
| 29645 | 11/12/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 1078.62 |
| 29646 | 11/12/10 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 1442.13 |
| 29647 | 11/12/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 1095.48 |
| 29648 | 11/12/10 | 000319 | OZINGA | 01050 | 16158.51 |
| 29649 | 11/12/10 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 3899.70 |
| 29650 | 11/12/10 | 000391 | SKIP STERNE | 01050 | 1439.23 |
| 29651 | 11/12/10 | 000254 | TRI COUNTY WATERPROOFING | 01050 | 485.00 |
| 29653 | 11/20/10 | 000375 | 7 STAR LEASING, LLC | 01050 | 4000.00 |
| 29654 | 11/20/10 | 000225 | AT & T (8100) | 01050 | 149.63 |
| 29655 | 11/20/10 | 000243 | BLUECROSS BLUESHIELD OF ILL | 01050 | 2440.17 |
| 29656 | 11/20/10 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 1527.87 |
| 29657 | 11/20/10 | 000022 | CITY OF BATAVIA | 01050 | 260.15 |
| 29658 | 11/20/10 | 000448 | COMCAST | 01050 | 59.95 |
| 29659 | 11/20/10 | 000392 | COUNTRY COMPANIES | 01050 | 50.00 |

| CHECK<br>NUMBER | CHECK<br>DATE | VENDOR<br>NUMBER | VENDOR<br>NAME | G/L<br>ACCT | AMOUNT |
|---|---|---|---|---|---|
| 29569 | 10/04/10 | 000006 | ADP | 01050 | 126.52 |
| 29570 | 10/04/10 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 730.29 |
| 29571 | 10/04/10 | 000448 | COMCAST | 01050 | 59.95 |
| 29572 | 10/04/10 | 000131 | ELMHURST-CHICAGO STONE | 01050 | 422.91 |
| 29573 | 10/04/10 | 000017 | JOHN R. TODD, CPA | 01050 | 349.73 |
| 29574 | 10/04/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 1157.58 |
| 29575 | 10/04/10 | 000301 | METEORLOGIX | 01050 | 291.00 |
| 29576 | 10/04/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 3082.37 |
| 29577 | 10/04/10 | 000319 | OZINGA | 01050 | 9069.71 |
| 29578 | 10/04/10 | 000224 | PRAIRIE MATERIAL SALES, INC. | 01050 | 2681.43 |
| 29579 | 10/04/10 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 4500.00 |
| 29580 | 10/04/10 | 000529 | WESSELS-SHERMAN | 01050 | 260.00 |
| 29583 | 10/16/10 | 000006 | ADP | 01050 | 129.97 |
| 29584 | 10/16/10 | 000225 | AT & T (8100) | 01050 | 297.12 |
| 29585 | 10/16/10 | 000545 | COSELLA-DORKEN | 01050 | 2522.13 |
| 29586 | 10/16/10 | 000450 | CURB CUTTERS INC | 01050 | 250.00 |
| 29587 | 10/16/10 | 000023 | DRIVELINE TRUCK REPAIR | 01050 | 1757.05 |
| 29588 | 10/16/10 | 000017 | JOHN R. TODD, CPA | 01050 | 205.78 |
| 29589 | 10/16/10 | 000076 | LAFARAGE CONCO-WESTERN STONE | 01050 | 417.17 |
| 29590 | 10/16/10 | 000508 | LAFARGE ELBURN SAND & GRAVEL | 01050 | 1204.18 |
| 29591 | 10/16/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 4026.80 |
| 29592 | 10/16/10 | 000064 | LITGEN CONCRETE CUTTING | 01050 | 2080.00 |
| 29593 | 10/16/10 | 000095 | MC CANN CONSTRUCTION SUPPLY | 01050 | 4171.38 |
| 29594 | 10/16/10 | 000453 | MENARDS | 01050 | 1808.19 |
| 29595 | 10/16/10 | 000319 | OZINGA | 01050 | 18094.84 |
| 29596 | 10/16/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 778.45 |
| 29597 | 10/22/10 | 000355 | ATMI DYNACORE | 01050 | 10581.00 |
| 29598 | 10/22/10 | 000243 | BLUECROSS BLUESHIELD OF ILL | 01050 | 2440.17 |
| 29599 | 10/22/10 | 000022 | CITY OF BATAVIA | 01050 | 387.81 |
| 29600 | 10/22/10 | 000508 | LAFARGE ELBURN SAND & GRAVEL | 01050 | 298.15 |
| 29601 | 10/22/10 | 000026 | LAFARGE FOX RIVER STONE | 01050 | 676.98 |
| 29602 | 10/22/10 | 000064 | LITGEN CONCRETE CUTTING | 01050 | 750.00 |
| 29603 | 10/22/10 | 000010 | MULTIPLE CONCRETE ACCESSORIES | 01050 | 756.86 |
| 29604 | 10/22/10 | 000014 | NICOR | 01050 | 57.42 |
| 29605 | 10/22/10 | 000319 | OZINGA | 01050 | 10584.14 |
| 29606 | 10/22/10 | 000425 | PREMIUM WATERPROOFING, INC. | 01050 | 1703.24 |
| 29607 | 10/22/10 | 000032 | R & J CONSTRUCTION SUPPLY CO. | 01050 | 1920.47 |
| 29608 | 10/22/10 | 000029 | THOMPSON AUTO SUPPLY | 01050 | 90.79 |
| 29609 | 10/22/10 | 000413 | VEOLIAS WASTE MANAGEMENT/ONYX | 01050 | 150.45 |
| 29610 | 10/22/10 | 000033 | WASCO TRUCK REPAIR CO. | 01050 | 116.50 |
| 29611 | 10/26/10 | 000546 | VILLAGE OF GLEN ELLYN | 01050 | 50.00 |
| 29612 | 10/30/10 | 000006 | ADP | 01050 | 140.47 |
| 29613 | 10/30/10 | 000018 | AIRGAS | 01050 | 127.18 |
| 29614 | 10/30/10 | 000003 | BOUGHTON TRUCKING & MATERIALS | 01050 | 559.82 |

JMS REG

| | MAR-11 | | BALANCE | DEPOSIT | CHECKS | MISC. | |
|---|---|---|---|---|---|---|---|
| 1 | 3/5 | 29889 → 29901 | 7038716 | | 2591545 | | 1 |
| 2 | 3/9 | DEPOSIT | 9612716 | 2574000 | | | 2 |
| 3 | 3/10 | TRANSFER to Spec A. | 7912716 | | | ⟨17000 –⟩ | 3 |
| 4 | 3/10 | 29902 → 29907 | 5856445 | | 2056271 | | 4 |
| 5 | 3/15 | DEPOSIT | 7956545 | 2100100 | | | 5 |
| 6 | 3/15 | DEPOSIT | 8533945 | 577400 | | | 6 |
| 7 | 3/15 | FEB Adjustment | 8531042 | | | ⟨29.03⟩ | 7 |
| 8 | 3/16 | 29908 → 29924 | 5220999 | | 3310043 | | 8 |
| 9 | 3/17 | TRANSFER to Spec A. | 3620999 | | | ⟨16000 –⟩ | 9 |
| 10 | 3/21 | DEPOSIT | 5397999 | 1777000 | | | 10 |
| 11 | 3/21 | TRANSFER to Spec. A. | 4237999 | | | ⟨11600 –⟩ | 11 |
| 12 | 3/21 | 29925 → 29930 | 3161529 | | 1076470 | | 12 |
| 13 | 3/23 | DEPOSIT | 5821529 | 2660000 | | | 13 |
| 14 | 3/25 | 29931 → 29939 | 3672707 | | 2148822 | | 14 |
| 15 | 3/29 | TRANSFER to Spec A. | 2472707 | | | ⟨12000 –⟩ | 15 |
| 16 | 3/29 | DEPOSIT | 4027107 | 1556000 | | | 16 |
| 17 | 3/31 | DEPOSIT | 9363207 | 5340500 | | | 17 |
| 18 | 3/31 | TRANSFER to Spec A. | 8363207 | | | ⟨11000 –⟩ | 18 |
| 19 | 3/31 | 29940 → 29946 | 5034438 | | 3328769 | | 19 |
| 20 | 4/2 | 29947 → 29954 | 2650211 | | 2384227 | | 20 |
| 21 | 4/4 | DEPOSIT | 6551211 | 3901000 | | | 21 |
| 22 | 4/4 | 29955 → 29963 | 4164295 | | 2386916 | | 22 |
| 23 | | | | | | | 23 |
| 24 | | | | | | | 24 |
| 25 | | | | | | | 25 |
| 26 | | | | | | | 26 |
| 27 | | | | | | | 27 |
| 28 | | | | | | | 28 |
| 29 | | | | | | | 29 |

JMS REG.

| | Date | Description | Balance | Deposit | Checks | Misc. | |
|---|---|---|---|---|---|---|---|
| 1 | 1/19 | Deposit | 28217258 | 10905200 | | | 1 |
| 2 | 1/21 | Transfer to Spec A. | 27277258 | | | ⟨9400 —⟩ | 2 |
| 3 | 1/21 | 29788 | 25277258 | | 20000.00 | | 3 |
| 4 | 1/22 | 29789 — 29798 | 21622210 | | 3655048 | | 4 |
| 5 | 1/27 | Transfer to Spec A. | 20902210 | | | ⟨7200 —⟩ | 5 |
| 6 | | Dec Bank Adj. | 20898910 | | | ⟨33.00⟩ | 6 |
| 7 | 1/28 | Deposit | 22800095 | 1901185 | | | 7 |
| 8 | 1/28 | 29799 | 16800095 | | 6000000 | | 8 |
| 9 | 1/29 | 29800 → 29809 | 13752140 | | 3047955 | | 9 |
| 10 | 1/31 | Deposit | 14862140 | 1110000 | | | 10 |
| 11 | 2/4 | Transfer to Spec A. | 13812140 | | | ⟨10500 —⟩ | 11 |
| 12 | 2/5 | 29810 → 29826 | 10353877 | | 3458263 | | 12 |
| 13 | 2/10 | 29827 | 10048032 | | 305845 | | 13 |
| 14 | 2/10 | Transfer to Spec A. | 9368032 | | | ⟨6800 —⟩ | 14 |
| 15 | 2/11 | 29828 → 29838 | 5139206 | | 4228826 | | 15 |
| 16 | 2/11 | Deposit | 9125006 | 3985800 | | | 16 |
| 17 | 2/15 | 29839 → 29847 | 6272759 | | 2852247 | | 17 |
| 18 | 2/17 | Deposit | 12892359 | 6619600 | | | 18 |
| 19 | 2/17 | Transfer to Spec A. | 12342359 | | | ⟨5500 —⟩ | 19 |
| 20 | 2/17 | 29848 → 29859 | 8260829 | | 4081530 | | 20 |
| 21 | 2/18 | 29860 → 29865 | 7160924 | | 1099905 | | 21 |
| 22 | 2/19 | Jan Bank Adj. | 7158424 | | | ⟨25 —⟩ | 22 |
| 23 | | | | | | | 23 |
| 24 | | | | | | | 24 |
| 25 | | | | | | | 25 |
| 26 | | | | | | | 26 |
| 27 | | | | | | | 27 |
| 28 | | | | | | | 28 |

ADDENDUM - SOFA 3b
PAYROLL ACCT.

JMS SPECIAL A

Prepared By

Approved By

| | BALANCE | DEPOSIT | CHECKS | MISC. |
|---|---|---|---|---|
| 2/25 Deposit | 1825607 | 1050000 | | |
| NET PAYROLL | 1117386 | | | ⟨708221⟩ |
| 941 | 900605 | | | ⟨216781⟩ |
| ILL 501 | 858370 | | | ⟨42235⟩ |
| 3/4 DEPOSIT | 1858370 | 1000000 | | |
| NET PAYROLL | 1108054 | | | ⟨750316⟩ |
| 941 | 8889.23 | | | ⟨219131⟩ |
| ILL 501 | 844523 | | | ⟨44400⟩ |
| 3/11 Deposit | 2544523 | 1700000 | | |
| NET PAYROLL | 1378754 | | | ⟨1165769⟩ |
| 941 | 1015868 | | | ⟨362886⟩ |
| ILL 501 | 944734 | | | ⟨71134⟩ |
| 3/18 Deposit | 2544734 | 1600000 | | |
| NET PAYROLL | 1440046 | | | ⟨1104688⟩ |
| 941 | 1091324 | | | ⟨348722⟩ |
| ILL 501 | 1023855 | | | ⟨67469⟩ |
| 3/24 DEPOSIT | 2183855 | 1160000 | | |
| NET PAYROLL | 1365986 | | | ⟨817869⟩ |
| 941 | 1121237 | | | ⟨244749⟩ |
| ILL 501 | 1072803 | | | ⟨48434⟩ |
| 3/29 Deposit | 2272803 | 1200000 | | |
| NET PAYROLL | 1433451 | | | ⟨839352⟩ |
| 941 | 1176549 | | | ⟨256902⟩ |
| ILL 501 | 1125468 | | | ⟨51081⟩ |
| 3/31 Deposit | 2225468 | 1100000 | | |
| NET PAY ROLL | 1429717 | | | ⟨797551⟩ |
| 941 | 1203906 | | | ⟨224011⟩ |
| ILL 501 | 1157472 | | | ⟨46434⟩ |
| 4/7 940 - 2011 | 1090546 | | | ⟨669.26⟩ |
| 4/7 #3215 Director of Emply Sec | 146067 | | 9444.79 | |

Prepared By
Approved By

## JMS SPECIAL A

| | | BALANCE | DEPOSIT | CHECKS | MISC. |
|---|---|---|---|---|---|
| 12/30 | Deposit | 1547997 | 1000000 | | |
| | NET payroll | 735676 | | | ⟨812321⟩ |
| | 941 | 475007 | | | ⟨2606697⟩ |
| | # 3213 See Dept of Rev. | 446741 | | 28266 | |
| 2/11 | | | | | |
| 1/7 | Deposit | 1396741 | 950000 | | |
| | NET payroll | 759383 | | | ⟨637358⟩ |
| | 941 | 546143 | | | ⟨213240⟩ |
| | ILL REV. 501 | 522946 | | | ⟨231.977⟩ |
| 1/14 | Deposit | 1822946 | 1300000 | | |
| | NET payroll | 949744 | | | ⟨873202⟩ |
| | 941 | 679313 | | | ⟨270431⟩ |
| | ILL 501 | 649022 | | | ⟨30291⟩ |
| 1/21 | Deposit | 1589022 | 940000 | | |
| | NET payroll | 948520 | | | ⟨640502⟩ |
| | 941 | 751264 | | | ⟨197256⟩ |
| | ILL 501 | 728791 | | | ⟨22473⟩ |
| | #3214 ILL UNEPLOY. | 450884 | | 2779.07 | |
| 1/28 | Deposit | 11708.84 | 720000 | | |
| | NET payroll | 668872 | | | ⟨502012⟩ |
| | 941 | 5283.47 | | | ⟨140525⟩ |
| | ILL 501 | 511529 | | | ⟨16818⟩ |
| | 940 4th Qt 2010 | 489925 | | | ⟨216.04⟩ |
| 2/4 | Deposit | 1539925 | 1050000 | | |
| | NET payroll | 826479 | | | ⟨7134.46⟩ |
| | 941 | 735497 | (2188.76 - 1278.94 12/10 OUTCAGE) | | ⟨90982⟩ |
| | ILL 501 | 692401 | | | ⟨43096⟩ |
| 2/11 | Deposit | 13724.01 | 680000 | | |
| | NET payroll | 906097 | | | ⟨466304⟩ |
| | 941 | 769649 | | | ⟨36448⟩ |
| | ILL 501 | 742002 | | | ⟨27647⟩ |
| 2/18 | Deposit | 1292002 | 550000 | | |
| | NET payroll | 903621 | | | ⟨388381⟩ |
| | 941 | 797671 | | | ⟨105950⟩ |
| | ILL 501 | 775607 | | | ⟨22064⟩ |

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **JMS Concrete Construction, Inc.**                                    Case No. _____
                                                        Debtor(s)        Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 13, 2011**                              **/s/ Kent A. Gaertner**
                                               **Kent A. Gaertner 3121489**
                                               **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                               **400 S. County Farm Road**
                                               **Suite 330**
                                               **Wheaton, IL 60187**
                                               **630-510-0000  Fax: 630-510-0004**

---



SPRINGER
BROWN
COVEY
GAERTNER &
DAVIS, LLC

THOMAS E. SPRINGER
DAVID R. BROWN
BRADLEY S. COVEY
KENT A. GAERTNER
MICHAEL J. DAVIS

ROBERT B. KATZ OF COUNSEL

February 9, 2011

JMS Concrete Construction, Inc.
Julie Sterne, President
3 N. 151 Woodcreek Ln.
West Chicago, IL. 60185

Re:     **JMS Concrete Construction, Inc.
Legal Services Agreement and Engagement Letter**

Dear Ms. Sterne:

Pursuant to our recent meeting, please accept this letter as it sets forth the basic terms and conditions upon which **Springer, Brown, Covey, Gaertner & Davis, LLC** ("SPRINGER BROWN") will perform legal services for **JMS CONCRETE CONSTRUCTION, INC.** (the "Client") in the above referenced matter (the "Engagement").

This letter shall (1) confirm that the Client has not retained SPRINGER BROWN but has expressed its desire to do so, (2) confirm the scope of the Engagement when retained, and (3) describe the basis upon which SPRINGER BROWN will bill for its services, once actually retained. If the Client has established billing protocols for its professionals, please forward them and SPRINGER BROWN will make every effort to conform to them.

**Scope of Representation**

The Client, through its President and shareholder, Julie Sterne, of JMS Concrete Construction, Inc., has asked SPRINGER BROWN to assist in representing the company interests in:

1.     The assessment of assets and liabilities regarding the entity known as JMS Concrete, Inc.

2.     Assisting the company with consolidating information on assets and liabilities to facilitate the Chapter 7 filing.

3.  Analyzing past financial history of the company as it may effect the Chapter 7 including transfers and preferences.

4.  The preparation and filing of a Chapter 7 bankruptcy petition on behalf of the company.

5.  Representation of company interests in dealings with the appointed Chapter 7 Trustee and with Company creditors.

6.  Representation of company interests in dealings with prospective asset purchasers in Chapter 7.

The representation does not include representation of the Client in connection with **any litigation** arising out of the Chapter 7 filing, including, but not limited to, depositions under Rule 2004. At this time, no such litigation is expected. However, if such litigation is instituted, a new fee arrangement will be entered into between the Client, its shareholder/s and Springer Brown to cover such representation.

## Determination of Fees and Expenses

Legal work varies greatly. Although we are often engaged by our clients to perform specific and limited tasks, our primary role as legal advisors is to offer our knowledge, experience and independent judgment. Recognizing this, our focus in charging for services is to arrive at a fee, which is fair and appropriate considering all of the circumstances.

Legal services provided by attorneys are fee for service arrangements generally involving the payment of a retainer fee to the attorney. In this matter, the Client, through its principals, authorized agents or assigns, has agreed to retain SPRINGER BROWN with an advance payment retainer of $7,799.00 (the "retainer") for services rendered as delineated above. SPRINGER BROWN proposes to charge the Client a flat fee for time and services, as delineated in the scope of representation above, expended on the matter ($7,500.00 attorney fee and $299.00 filing fee to the Clerk of the Bankruptcy Court). Should the representation be terminated prior to the filing of a Chapter 7 bankruptcy for any reason, SPRINGER BROWN shall be entitled to be paid for the time expended on the file at a rate of $325.00 per hour plus reimbursement of its costs expended. If any portion of the retainer is unearned or not required for expenses, it will be refunded to the client. Each Attorney in the law firm concentrates his or her practice in the area of bankruptcy and bankruptcy litigation and is duly licensed and authorized to practice law in the State of Illinois and United States District Court for the Northern District of Illinois. Non-attorney support staff time although expended, will NOT be billed out without prior approval by the Client, and will be billed at the rate of bill $125 per hour. All legal services will be performed under the supervision of the owning member attorneys of the law firm.

2

The retainer stated above shall be considered an "advance payment" retainer pursuant to Dowling v. Chicago Options Associates, Inc. 875 N.E.2d, 1012, Ill., 2007 and pursuant to Rule 1.15 of the Illinois Rules of Professional Conduct. This means that the retainer is considered earned when paid in anticipation of future work. The retainer will not be held in a client trust account but instead will be deposited into the general operating account of our law firm. You have the right to require the funds be held as a "security retainer" which means they remain the Client's property until actually earned by completion of the representation as defined above. The choice of how the retainer is treated (i.e. either security or advanced payment) is the client's alone. However, SPRINGER BROWN will not agree to represent the Client unless the retainer is an advanced payment retainer. The special purpose for the advanced payment retainer is to protect the funds from the claims of creditors.   Client funds that are held in a security retainer are still the property of the Client until earned by the lawyer. Therefore, funds held in a security retainer could be garnished by a creditor or turned over to a Bankruptcy Trustee. This would cause SPRINGER BROWN to have no recourse for payment of its fee by the Client/ Debtor. Given the financial condition of the Client and the possibility that SPRINGER BROWN could lose the retainer to a creditor or a bankruptcy trustee, if it were determined to be property of the bankruptcy estate, the advance payment retainer offers protection to the Client and SPRINGER BROWN that the fees for the representation will be available.

SPRINGER BROWN operates as an integrated unit.   A client who calls upon a particular lawyer in fact retains the entire firm and has at its disposal all of the expertise and resources that the firm has to offer. Therefore, the lawyer who serves as one's principal contact at the firm may assign the work to another lawyer who has experience in the particular area involved or who is in a better position to perform the legal work most efficiently.   In assigning work within the firm, SPRINGER BROWN strives to achieve the most efficient mix of seniority and expertise, with the goal of providing effective representation to our clients economically.

SPRINGER BROWN cannot quote a specific flat or final fee for services in this matter because we cannot control or predict the nature or extent of the services that may have to be provided.   However, please be assured that we are sensitive to your needs, and that we will do our best at all times to minimize fess and expenses to the extent possible consistent with the furnishings of effective legal services.

In addition to our fees for services, we also bill our clients for out-of-pocket expenses incurred on their behalf.   Reimbursable out-of-pocket expenses include the following: filing fees, computerized legal research fees, electronic access and filing fees, photocopying expenses, long distance telephone toll charges, telecopy charges, necessary travel expenses, and so forth.   Please be advised of our firm policy that clients are required to advance or pay directly any disbursements in excess of $300.

3

## Termination

The Client may terminate our engagement as counsel at any time for any reason. SPRINGER BROWN may withdraw as the Client's legal counsel or from our representation of the Client in any particular matter for good cause, which includes the Client's failure to perform their obligations described in this letter, failure to timely make payment for services rendered and expenses advanced, refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstances that would render our continuing representation unlawful or unethical. If and when our services to the Client conclude, all unpaid fees and costs will be immediately due and payable.

## Duties

Effective legal representation requires a high level of cooperation between attorney and client. **Therefore, by executing this letter, the Client agrees to cooperate with us, keep us fully and truthfully informed of all developments, and to abide by this letter**. In turn, we are agreeing to provide those legal services reasonably required to represent the Client with respect to the matters described above and to take reasonable steps to keep the Client informed of our progress and to respond to the Client's inquiries. Of course, we cannot make any promises or guarantees about the outcome of the matters as to which the Client has engaged us, and nothing in this letter or in our statements should be so construed. When we provide our opinion as to the probable outcome of any matter, it is with the understanding that our opinion is just that, and not a promise or guarantee.

We encourage our clients to participate actively in the matters we are handling for them, as they are much closer to the details and effects of their affairs than we are and we wish to be certain that our efforts converge with our clients' goal. If at any time you should have a concern, or if we may be of service in another substantive area, we would ask that you raise it with us at once so that we can address your need without delay.

## Electronic Communications

Our clients and our law firm increasingly rely upon electronic communication such as e-mail, text-messaging, cellular telephones and electronic faxes (collectively, "**Electronic Communications**"). By engaging us, absent the Client's specific instructions to the contrary, you authorize us to use Electronic Communications. Because of their nature, Electronic Communications are not as secure as more traditional lines of communications, such as hard-wired telephones and telephonic faxes, U.S. Mail or couriers. The Client understands that some risk exists that any and all Electronic Communications could be intercepted by an unauthorized third party, and the Client hereby accepts the risk. With respect to the use of Electronic Communications for matters of particular sensitivity or for information that could be

4

compromising or damaging to the Client, the Client acknowledges that each contact person with whom we are or will be directly working, including SPRINGER BROWN, has the authority to consent specifically to the use of Electronic Communications for such matters. We shall also consider communications from the Client by Electronic Communications as specific consent to respond by Electronic Communications. *If the Client does not wish to use Electronic Communications for any particular matter or matters, you will so advise us in writing, or will so advise us orally and confirm the instruction promptly in writing.*

### Other Clients/Conflicts of Interest

As a specialty boutique law firm, it is common for SPRINGER BROWN to be engaged to represent more than one party in a significant bankruptcy or work-out / debt reorganization case. We do not believe that a conflict of interest is raised if we represent more than one party in a Bankruptcy case, as long as all of our clients are adverse to the debtor. We currently have reviewed the case and as of the date of this legal engagement letter, SPRINGER BROWN does not represent any parties adverse to the Client. However, as is usually the case in any bankruptcy proceeding, the existence of other, non-listed or otherwise unknown parties may give rise to multiple representation by SPRINGER BROWN. In fact, we often find that our clients generally benefit from the economics of scale that arise when fees and costs can be spread among a number of different parties. Therefore, the Client should be aware that we may in the future be contacted to represent other creditors or non-Debtor parties in interest of the above referenced and related Bankruptcy proceeding. Of course, we will do our standard check to assure that no new client raises an adverse and/or conflict issue and we will notify you promptly if we become aware of a potential or a pre-existing conflict. However, if we do not perceive a conflict of interest, we may accept other clients without seeking the Client's approval. In the unlikely event that the Client decides to take a position adverse to that of another one of our clients in this case (a possibility we do not foresee at this time) then we will not be able to represent the Client in that dispute.

### Personal Guarantee of Shareholder/s

Although we have made every effort to request a retainer reasonably calculated to cover the anticipated fees and costs for this case, it is possible that the fees and costs may exceed the retainer paid by the client. Since the Company will no longer be operational after the filing and its assets will be controlled by the Chapter 7 Trustee we cannot look to the Company assets for payment of those fees. Therefore we require that the Company shareholder/s personally guarantee payment of our fees and costs to the extent they exceed the retainer paid. **By signing the authorization at the end of this letter you are agreeing to such personal guarantee.**

If the foregoing terms upon which we propose to be engaged and the nature of the engagement are acceptable, please sign or please have a duly authorized representative of the Client sign and return to me the enclosed copy of this letter.  Thank you.

Sincerely,

**SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC**

By:

_____

Kent A. Gaertner
Attorney

Accepted and agreed to by:

**JMS Concrete Construction, Inc.**

By: _____
Title:   President and sole shareholder

Date: _____

**Julie Sterne, individually as to
her personal guarantee**

_____
Julie Sterne

Date: _____

**Shane Sterne, individually as to
His personal guarantee**

_____
**Shane Sterne**

Date: _____2 - 15 - 11_____

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **JMS Concrete Construction, Inc.**                 Case No. _____

                                   Debtor(s)      Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April 13, 2011** _____        **/s/ Juli Sterne** _____

                                              **Juli Sterne/President/Secretary**
                                              Signer/Title

7 Star Leasing, LLC
3 N. 151 Woodcreek Ln
West Chicago, IL 60185


7 Star Leasing, LLC
3 N. 151 Woodcreek Ln
West Chicago, IL 60185


931 Corporation
3N151 Woodcreek
West Chicago, IL 60185


Active Excavating
817 E. North St.
Elburn, IL 60119


Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604-3958


Brookstone Construction
1879 Neltnor Blvd, #248
West Chicago, IL 60185


Cement Masons #502
Pension Fund
739 S. 25th Ave.
Bellwood, IL 60104


Donald Schwartz
Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604-3958


DuPage Cty Cement Mason FB Fund
240 W. St. Charles Rd.
Villa Park, IL 60181


DuPage Cty Cement Masons FB Fund
240 W. St. Charles Rd.
Villa Park, IL 60181

First Horizan Home Loans
c/o Pierce and Assoc.
1 No. Dearborn St.  13th Floor
Chicago, IL 60602


Fox Valley Construction
Workers Pension Fund
28 N. First St.
Geneva, IL 60134


Fuchs & Roselli, LTD
440 W. Randolph, #500
Chicago, IL 60606


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


Laborers Pension and Welfare Fund
11465 Cermak Rd.
Westchester, IL 60154


Laborers Pension and Welfare Fund
11465 Cermak Rd.
Westchester, IL 60154


Sterne Partnership
3 N. 151 Woodcreek Ln.
West Chicago, IL 60185


Superior Waterproofing
PO Box 356
Bristol, IL 60512


Wessels-Sherman
1860 Executive Dr
#E-1
Oconomowoc, WI 53066

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **JMS Concrete Construction, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JMS Concrete Construction, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 13, 2011**

Date

**/s/ Kent A. Gaertner**

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for   **JMS Concrete Construction, Inc.**

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**