UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
JMS CONCRETE CONSTRUCTION, INC. § Case No. 11-15718
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 11-15718 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|---|---|
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | | | Date Filed (f) or Converted (c): | 04/13/11 (f) | Exhibit A |
| | | | | | 341(a) Meeting Date: | 06/28/11 | |
| For Period Ending: 10/03/13 | | | | | Claims Bar Date: | 07/22/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP MORGAN CHASE BANK- GENERAL ACCOUNT ENDING IN #4 | 41,462.95 | 0.00 | | 40,584.95 | FA |
| 2. JP MORGAN CHASE BANK- PAYROLL ACCOUNT ENDING IN #4 | 1,460.67 | 0.00 | | 1,460.67 | FA |
| 3. LOCATION: 3 N. 151 WOODCREEK LN., WEST CHICAGO IL | 196,885.74 | 0.00 | | 99,524.00 | 0.00 |
| 4. DISPUTED BACK CHARGE AGAINST OZINGA CONCRETE FOR D | 6,555.00 | 0.00 | | 0.00 | 0.00 |
| 5. LOCATION: 933 FIRST ST. BATAVIA, IL. 60510 SEE LIS | 630.00 | 0.00 | | 0.00 | 0.00 |
| 6. LOCATION: 933 FIRST ST. BATAVIA, IL. 60510 SEE LIS | 2,617.00 | 0.00 | | 0.00 | 0.00 |
| 7. LOCATION: 933 FIRST ST. BATAVIA, IL. 60510 | 765.00 | 0.00 | | 0.00 | 0.00 |
| 8. a/r owed by Patrick Finn, Ltd. Contractor deducted $8,880.00 from balance for uncompleted work on Veatch, Schlott and Murray jobs | 51,202.00 | 42,322.00 | | 28,532.00 | FA |
| 9. a/r due from Derrico Custom Homes | 4,700.00 | 0.00 | | 4,700.00 | FA |
| 10. a/r due from Gibbons | 360.00 | 360.00 | | 360.00 | 0.00 |
| 11. a/r owed by John Henry Homes | 5,100.00 | 5,100.00 | | 5,100.00 | FA |
| 12. MACHINERY AND EQUPMENT | 4,012.00 | 10,000.00 | | 10,000.00 | FA |
| 13. A/R from John R. Hall | 24,200.00 | 24,200.00 | | 24,200.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 23.88 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $339,950.36 | $81,982.00 | | $214,485.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collecting A/R

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/13

/s/    GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 1**
Case 11-15718    Doc 95    Filed 11/28/13    Entered 11/15/13 14:08:26    Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document    Page 4 of 15
ASSET CASES
Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-15718   SQU   Judge: JOHN H. SQUIRES | |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 04/13/11 (f) |
| 341(a) Meeting Date: | 06/28/11 |
| Claims Bar Date: | 07/22/11 |

_____   Date: _____
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM1                                                                                              Ver: 17.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 11-15718 -SQU |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. |
| Taxpayer ID No: | *******3330 |
| For Period Ending: | 10/03/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0444  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 201,017.55 | | 201,017.55 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.91 | 200,893.64 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.00 | 200,765.64 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.77 | 200,641.87 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.82 | 200,514.05 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 298.07 | 200,215.98 |
| 02/13/13 | 8 | Patrick Finn Ltd.<br>1244 W. Northwest Highway<br>Palatine, IL 60067 | A/R<br>Account Receivable due Debtor | 1121-000 | 4,500.00 | | 204,715.98 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 177.40 | 204,538.58 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 272.25 | 204,266.33 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 303.68 | 203,962.65 |
| 04/29/13 | 8 | Patrick a. Finn Ltd.<br>1244 W. Northwest Highway<br>Palatine, IL 60067 | A/R<br>Account Receivable due Debtor | 1121-000 | 4,500.00 | | 208,462.65 |
| 04/29/13 | 030002 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees | 3410-000 | | 855.50 | 207,607.15 |
| 04/29/13 | 030003 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenses | 3420-000 | | 17.00 | 207,590.15 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 293.86 | 207,296.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 308.48 | 206,987.81 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 297.81 | 206,690.00 |
| 07/18/13 | 030004 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney Fees per Court Order | 3110-000 | | 11,936.00 | 194,754.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals  210,017.55  15,263.55

Ver: 17.03

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-15718 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0444 Checking Account |
| Taxpayer ID No: | *******3330 | | |
| For Period Ending: | 10/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/13 | 030005 | Gina Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney Fees per Court Order | 3110-000 | | 5,968.00 | 188,786.00 |
| 07/18/13 | 030006 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney Expenes per Court Order | 3120-000 | | 1,465.55 | 187,320.45 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 298.02 | 187,022.43 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 278.06 | 186,744.37 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 210,017.55 | 23,273.18 | 186,744.37 |
| Less: Bank Transfers/CD's | 201,017.55 | 0.00 | |
| Subtotal | 9,000.00 | 23,273.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,000.00 | 23,273.18 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Page Subtotals  0.00  8,009.63

Ver: 17.03
LFORM24

Case 11-15718  Doc 95  Filed 11/13/13  Entered 11/13/13 14:08:26  Desc Main
Document      Page 7 of 15

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-15718 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3963  BofA - Money Market Account |
| Taxpayer ID No: | *******3330 | | |
| For Period Ending: | 10/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/25/11 | 1 | JMS Concrete Construction, Inc.<br>3 N 151 Woodcreek Lane<br>West Chicago, IL 60185 | Chase Bank Account | 1129-000 | 40,584.95 | | 40,584.95 |
| 04/25/11 | 2 | JMS Concrete Constructions Inc.<br>3 N 151 Woodcreek Lane<br>West Chicago, IL 60185 | Chase Bank | 1129-000 | 1,460.67 | | 42,045.62 |
| 04/25/11 | 3 | John Henry<br>Builder-Developer, Inc.<br>875 Country Club Rd.<br>St. Charles, IL 60174 | A/R<br>Account Receivable due Debtor | 1121-000 | 2,000.00 | | 44,045.62 |
| 04/25/11 | 3 | Terrence C. Vansomeren<br>100 Overland Dr.<br>North Aurora, IL 60542 | A/R<br>Account Receivable due Debtor for G. Gibbons | 1121-000 | 3,500.00 | | 47,545.62 |
| 04/25/11 | 3 | Airhart Construction Corp.<br>500 E. Roosevelt Rd.<br>West Chicago, IL 60185 | | 1121-000 | 23,863.00 | | 71,408.62 |
| 04/25/11 | 3 | Airhart Construction Corp.<br>500 E. Roosevelt Rd.<br>West Chicago, IL 60185 | A/R<br>Account Receivable due Debtor | 1121-000 | 38,575.00 | | 109,983.62 |
| 04/25/11 | 3 | Chicago Title and Trust Company<br>1725 S. Naperville Rd.<br>Wheaton, IL 60187 | A/R<br>Account Receivable due Debtor | 1121-000 | 1,000.00 | | 110,983.62 |
| 04/25/11 | 3 | The Reserve of St. Charles, Inc.<br>1650 Lake Cook Rd.<br>Suite 130<br>Deerfield, IL 60015 | A/R<br>Account Receivable due Debtor on account of John R. Hall | 1121-000 | 1,212.00 | | 112,195.62 |
| 04/25/11 | 3 | Kate & Robert Altman<br>1 N 559 Creeside Ct.<br>Lombard, IL 60148 | A/R<br>Account Receivable due Debtor | 1121-000 | 1,500.00 | | 113,695.62 |
| 04/25/11 | 3 | Airhart Construction Corp.<br>500 E. Roosevelt Rd.<br>West Chicago, IL 60185 | A/R<br>Account Receivable due Debtor | 1121-000 | 3,967.00 | | 117,662.62 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals    117,662.62    0.00

Ver: 17.03

LFORM24

Exhibit B

| Case No: | 11-15718 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3963 BofA - Money Market Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 10/03/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 117,662.71 |
| 05/02/11 | 3 | First American Title Insurance Company | A/R | 1121-000 | 22,407.00 | | 140,069.71 |
| | | 27775 Diehl Road | Account Receivable due Debtor | | | | |
| | | Warrenville, IL 60555 | | | | | |
| 05/16/11 | 3 | Chicago Title & Trust Company | Balance due Debtor a/r for King's Court | 1121-000 | 1,500.00 | | 141,569.71 |
| | | 326 Alana Drive | | | | | |
| | | New Lenox, IL 60451 | | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.17 | | 141,570.88 |
| 06/15/11 | 8 | Patrick A. Finn Ltd. | A/R | 1121-000 | 17,532.00 | | 159,102.88 |
| | | 1244 W. Northwest Hgwy | Account Receivable due Debtor | | | | |
| | | Palatine, IL 60067 | | | | | |
| 06/27/11 | 9 | Derrico Custom Homes, Inc. | A/R | 1121-000 | 4,700.00 | | 163,802.88 |
| | | 311 Walnut Ave. | Account Receivable due Debtor | | | | |
| | | St. Charles, IL 60174 | | | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.22 | | 163,804.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.38 | | 163,805.48 |
| 08/08/11 | 8 | Fidelity National Title Company | | 1121-000 | 2,000.00 | | 165,805.48 |
| | | 1990 E. Algonquin Rd., Ste. 100 | | | | | |
| | | Schaumburg, IL | | | | | |
| 08/15/11 | 10 | First American Title Company | | 1121-000 | 360.00 | | 166,165.48 |
| | | 27775 Diehl Road | | | | | |
| | | Warrenville, IL 60555 | | | | | |
| 08/29/11 | 11 | John Henry Homes | A/R | 1121-000 | 3,600.00 | | 169,765.48 |
| | | 875 Country Club Rd | Account Receivable due Debtor | | | | |
| | | St. Charles, IL 60174 | | | | | |
| 08/29/11 | 11 | John Henry Homes | A/R | 1121-000 | 1,500.00 | | 171,265.48 |
| | | 3820 Ridge Point Dr. | Account Receivable due Debtor | | | | |
| | | Geneva, IL 60134 | | | | | |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.41 | | 171,266.89 |
| 09/15/11 | 12 | Sterne Construction Group LLC | | 1129-000 | 10,000.00 | | 181,266.89 |
| | | 1879 Neltnor Blvd., Ste. 248 | | | | | |
| | | West Chicago, IL 60185 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals      63,604.27      0.00

Ver: 17.03

LFORM24

Case 11-15718   Doc 95   Filed 11/13/13   Entered 11/13/13 14:08:26   Desc Main
Document      Page 9 of 15                                                 Page: 5

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-15718 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3963 BofA - Money Market Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 10/03/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.43 | | 181,268.32 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.54 | | 181,269.86 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 230.93 | 181,038.93 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.49 | | 181,040.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 223.20 | 180,817.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.53 | | 180,818.75 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 222.93 | 180,595.82 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.54 | | 180,597.36 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 236.85 | 180,360.51 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 162.73 | 180,197.78 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.43 | | 180,199.21 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 214.26 | 179,984.95 |
| 03/14/12 | 000302 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Adversary Filing Fees<br>12-00410<br>12-00411 | 2700-000 | | 586.00 | 179,398.95 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.51 | | 179,400.46 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 220.91 | 179,179.55 |
| 04/30/12 | 13 | Sterne Construction<br>1879 Neltnor Blvd.<br>West Chicago, IL 60185 | | 1121-000 | 24,200.00 | | 203,379.55 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.48 | | 203,381.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 227.65 | 203,153.38 |
| 05/29/12 | 000303 | Alan Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accounting Fees per Court Order | 3410-000 | | 1,125.50 | 202,027.88 |
| 05/29/12 | 000304 | Alan Lasko<br>29 S. LaSalle Street<br>Suite 1240 | Accounting Expenses per Court Order | 3420-000 | | 17.40 | 202,010.48 |

| | | | |
| --- | --- | --- | --- |
| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | Page Subtotals | 24,211.95 | 3,468.36 |

Ver: 17.03
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-15718 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3963  BofA - Money Market Account |
| Taxpayer ID No: | *******3330 | | |
| For Period Ending: | 10/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60603 | | | | | |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.71 | | 202,012.19 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 256.12 | 201,756.07 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.65 | | 201,757.72 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 239.98 | 201,517.74 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.71 | | 201,519.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 264.29 | 201,255.16 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.59 | | 201,256.75 |
| 08/30/12 | | BANK OF AMERICA, N.A.  901 MAIN STREET  9TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 239.20 | 201,017.55 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 201,017.55 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 205,485.50 | 205,485.50 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 201,017.55 | |
| Subtotal | 205,485.50 | 4,467.95 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 205,485.50 | 4,467.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0444 | 9,000.00 | 23,273.18 | 186,744.37 |
| BofA - Money Market Account - ********3963 | 205,485.50 | 4,467.95 | 0.00 |
| | 214,485.50 | 27,741.13 | 186,744.37 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals    6.66    202,017.14

Ver: 17.03

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-15718 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3963 BofA - Money Market Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 10/03/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL  Date: 10/03/13
GINA B. KROL

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-15718
Case Name: JMS CONCRETE CONSTRUCTION, INC.
Trustee Name: GINA B. KROL

    Balance on hand                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses           $_____

    Remaining Balance                                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | DuPage County Cement Masons' Local No. 803 BF c/o Donald D. Schwartz, Arnold and Kadja 19 W. Jackson Blvd., Suite 300 Chicago, IL 60604 | $ | $ | $ |
| 000004 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Wessels-Sherman 1860 Executive Dr #E-1 Oconomowoc, WI 53066 | $ | $ | $ |
| 000002A | DuPage County Cement Masons' Local No. 803 BF c/o Donald D. Schwartz, Arnold and Kadja 19 W. Jackson Blvd., Suite 300 Chicago, IL 60604 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Superior Waterproofing<br>PO Box 356<br>Bristol, IL 60512 | $ | $ | $ |
| 000008 | Laborers' Pension Fund<br>111 W. Jackson Blvd. Suite 1415<br>Chicago, IL 60604 | $ | $ | $ |
| 000010 | Laborers' Health and Welfare Fund<br>111 W. Jackson Blvd. Suite 1414<br>Chicago, IL 60604 | $ | $ | $ |
| 000011 | James S. Jorgensen<br>111 W. Jackson Blvd. Suite 1415<br>Chicago, IL 60604 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE