UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
JMS CONCRETE CONSTRUCTION, INC. §        Case No. 11-15718
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/13/2013 in Courtroom 4016,
          DuPage County Courthouse
          505 N. County Farm Rd.
          Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/13/2013          By: KENNETH S. GARDNER
                                                     Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JMS CONCRETE CONSTRUCTION, INC. §   Case No. 11-15718
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 214,485.50 |
| and approved disbursements of | $ | 28,009.84 |
| leaving a balance on hand of[1] | $ | 186,475.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 13,974.28 | $ 0.00 | $ 13,974.28 |
| Attorney for Trustee Fees: Cohen & Krol | $ 17,631.50 | $ 17,631.50 | $ 0.00 |
| Other: International Sureties | $ 340.13 | $ 340.13 | $ 0.00 |
| Other: Cohen & Krol | $ 1,461.55 | $ 1,461.55 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $   13,974.28 |
| Remaining Balance | $   172,501.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 38,074.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | DuPage County Cement Masons' Local No. 803 BF | $ 37,568.86 | $ 0.00 | $ 37,568.86 |
| 000004 | Illinois Department of Employment Security | $ 505.45 | $ 0.00 | $ 505.45 |

Total to be paid to priority creditors $ 38,074.31

Remaining Balance $ 134,427.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 376,369.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Wessels-Sherman | $ 3,170.06 | $ 0.00 | $ 1,132.24 |
| 000002A | DuPage County Cement Masons' Local No. 803 BF | $ 90,565.89 | $ 0.00 | $ 32,347.26 |
| 000003 | Superior Waterproofing | $ 2,867.80 | $ 0.00 | $ 1,024.29 |
| 000008 | Laborers' Pension Fund | $ 109,361.10 | $ 0.00 | $ 39,060.31 |
| 000010 | Laborers' Health and Welfare Fund | $ 147,143.81 | $ 0.00 | $ 52,555.09 |
| 000011 | James S. Jorgensen | $ 23,260.41 | $ 0.00 | $ 8,307.88 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 134,427.07 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-15718-DRC
JMS Concrete Construction, Inc.                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross           Page 1 of 2         Date Rcvd: Nov 14, 2013
                              Form ID: pdf006       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2013.
```
db          +JMS Concrete Construction, Inc.,   3 N. 151 Woodcreek Ln.,    West Chicago, IL 60185-1440
17126313    +7 Star Leasing, LLC,   3 N. 151 Woodcreek Ln,    West Chicago, IL 60185-1440
17126315    +931 Corporation,   3N151 Woodcreek,    West Chicago, IL 60185-1440
17126316    +Active Excavating,   817 E. North St.,    Elburn, IL 60119-9084
17126318    +Brookstone Construction,   1879 Neltnor Blvd, #248,    West Chicago, IL 60185-5932
17126319    +Cement Masons #502,   Pension Fund,   739 S. 25th Ave.,    Bellwood, IL 60104-1954
17126320    +Donald Schwartz,   Arnold and Kadjan,   19 W. Jackson Blvd.,    Chicago, IL 60604-3926
17557864    +DuPage County Cement Masons Local No. 803 BF,   c/o Donald D. Schwartz, Arnold and Kadja,
              203 N. LaSalle Street, Suite 1650,   Chicago, IL 60601-1257
17389531    +DuPage County Cement Masons' Local No. 803 BF,   c/o Donald D. Schwartz, Arnold and Kadja,
              19 W. Jackson Blvd., Suite 300,   Chicago, IL 60604-3910
17230568    +Fast-Trac Conveyor Services Inc,   1879 N Neltnor Blvd #174,    West Chicago, IL 60185-5932
17126323    +First Horizan Home Loans,   c/o Pierce and Assoc.,   1 No. Dearborn St. 13th Floor,
              Chicago, IL 60602-4321
17126325    +Fuchs & Roselli, LTD,   440 W. Randolph, #500,    Chicago, IL 60606-7211
17126326   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
              100 W. Randolph Street,   Chicago, IL 60602)
17453296    +Illinois Department of Employment Security,   33 South State Street,
              Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
17558024    +James S. Jorgensen,   111 W. Jackson Blvd. Suite 1415,    Chicago, IL 60604-3868
17126328    +Laborers Pension and Welfare Fund,   11465 Cermak Rd.,    Westchester, IL 60154-5771
17558019    +Laborers' Health and Welfare Fund,   111 W. Jackson Blvd. Suite 1414,    Chicago, IL 60604-3589
17557883    +Laborers' Pension Fund,   111 W. Jackson Blvd. Suite 1415,    Chicago, IL 60604-3868
17126330    +Sterne Partnership,   3 N. 151 Woodcreek Ln.,    West Chicago, IL 60185-1440
17126331    +Superior Waterproofing,   PO Box 356,    Bristol, IL 60512-0356
17126332    +Wessels-Sherman,   1860 Executive Dr,   #E-1,    Oconomowoc, WI 53066-4839
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17126327       E-mail/Text: cio.bncmail@irs.gov Nov 15 2013 00:49:29     Internal Revenue Service,   PO 7346,
               Philadelphia, PA 19101-7346
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17126314*    +7 Star Leasing, LLC,   3 N. 151 Woodcreek Ln,    West Chicago, IL 60185-1440
17126329*    +Laborers Pension and Welfare Fund,   11465 Cermak Rd.,    Westchester, IL 60154-5771
17126317    ##+Arnold and Kadjan,   19 W. Jackson Blvd.,    Chicago, IL 60604-3910
17126321    ##+DuPage Cty Cement Mason FB Fund,   240 W. St. Charles Rd.,    Villa Park, IL 60181-2401
17126322    ##+DuPage Cty Cement Masons FB Fund,   240 W. St. Charles Rd.,    Villa Park, IL 60181-2401
17126324    ##+Fox Valley Construction,   Workers Pension Fund,   28 N. First St.,    Geneva, IL 60134-2285
                                                                                 TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

Case 11-15718    Doc 99    Filed 11/14/13    Entered 11/16/13 23:40:11    Desc Imaged
Certificate of Notice    Page 6 of 6

```
District/off: 0752-1           User: dross                 Page 2 of 2                   Date Rcvd: Nov 14, 2013
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2013 at the address(es) listed below:

        Abraham  Brustein, ESQ   on behalf of Defendant    Patrick A. Finn, Ltd.
         abrustein@dimonteandlizak.com,   jhutter@dimontelaw.com
        Derek D Samz    on behalf of Defendant    Patrick A. Finn, Ltd. dsamz@dimontelaw.com,
         nromando@dimontelaw.com
        E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
         trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
        E. Philip  Groben    on behalf of Plaintiff Gina B Krol pgroben@cohenandkrol.com,
         trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    on behalf of Accountant Alan D Lasko & Associates gkrol@cohenandkrol.com,
         gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    gkrol@cohenandkrol.com,
         gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
         gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ    on behalf of Plaintiff Gina B. Krol gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ    on behalf of Plaintiff Gina B Krol gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Jerrod V. Olszewski    on behalf of Creditor James S. Jorgensen jerrodo@chilpwf.com,
         jerrod.olszewski@gmail.com;vedranaa@chilpwf.com;taniam@chilpwf.com
        Jerrod V. Olszewski    on behalf of Creditor    Laborers' Welfare Fund of the Health and Welfare
         Department of the Construction and General Laborers District Council of Chicago & Vicinity
         jerrodo@chilpwf.com,   jerrod.olszewski@gmail.com;vedranaa@chilpwf.com;taniam@chilpwf.com
        Jerrod V. Olszewski    on behalf of Creditor    Laborers' Pension Fund jerrodo@chilpwf.com,
         jerrod.olszewski@gmail.com;vedranaa@chilpwf.com;taniam@chilpwf.com
        Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
        Kent A Gaertner    on behalf of Debtor    JMS Concrete Construction, Inc.
         kgaertner@springerbrown.com,   kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Scott A. Nehls    on behalf of Creditor    Fast-Trac Conveyor Service snehls@frltd.com,
         sanehls@gmail.com
        Scott A. Nehls    on behalf of Creditor    931 Corporation snehls@frltd.com,   sanehls@gmail.com
        Scott A. Nehls    on behalf of Creditor    Brookstone Construction snehls@frltd.com,
         sanehls@gmail.com

                                                                                                                                    TOTAL: 18