# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                              §
                                                    §
JMS CONCRETE CONSTRUCTION, INC. §        Case No. 11-15718 DRC
                                                    §
        Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LOCATION: 3 N. 151 WOODCREEK LN., WEST CHICAGO IL | 1121-000 | 99,524.00 |
| a/r owed by Patrick Finn, Ltd. | 1121-000 | 28,532.00 |
| a/r due from Derrico Custom Homes | 1121-000 | 4,700.00 |
| a/r due from Gibbons | 1121-000 | 360.00 |
| a/r owed by John Henry Homes | 1121-000 | 5,100.00 |
| A/R from John R. Hall | 1121-000 | 24,200.00 |
| JP MORGAN CHASE BANK- GENERAL ACCOUNT ENDING IN #4 | 1129-000 | 40,584.95 |
| JP MORGAN CHASE BANK- PAYROLL ACCOUNT ENDING IN #4 | 1129-000 | 1,460.67 |
| MACHINERY AND EQUPMENT | 1129-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 23.88 |
| **TOTAL GROSS RECEIPTS** | | $ 214,485.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Star Leasing, LLC 3 N. 151 Woodcreek Ln West Chicago, IL 60185 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA KROL | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN LASKO | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Laborers Pension and Welfare Fund 11465 Cermak Rd. Westchester, IL 60154 | | | | | |
| 000002B | DUPAGE COUNTY CEMENT MASONS' LOCAL | | | | | |
| 000009A | DUPAGE COUNTY CEMENT MASONS LOCAL N | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Active Excavating 817 E. North St. Elburn, IL 60119 | | | | | |
| | Cement Masons #502 Pension Fund 739 S. 25th Ave. Bellwood, IL 60104 | | | | | |
| | First Horizan Home Loans c/o Pierce and Assoc. 1 No. Dearborn St. 13th Floor Chicago, IL 60602 | | | | | |
| | Fox Valley Construction Workers Pension Fund 28 N. First St. Geneva, IL 60134 | | | | | |
| | Fuchs & Roselli, LTD 440 W. Randolph, #500 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | 931 CORPORATION | | | | | |
| 000005 | BROOKSTONE CONSTRUCTION | | | | | |
| 000009B | DUPAGE COUNTY CEMENT MASONS LOCAL N | | | | | |
| 000002A | DUPAGE COUNTY CEMENT MASONS' LOCAL | | | | | |
| 000006 | FAST-TRAC CONVEYOR SERVICES INC | | | | | |
| 000011 | JAMES S. JORGENSEN | | | | | |
| 000010 | LABORERS' HEALTH AND WELFARE FUND | | | | | |
| 000008 | LABORERS' PENSION FUND | | | | | |
| 000003 | SUPERIOR WATERPROOFING | | | | | |
| 000001 | WESSELS-SHERMAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

FORM 1

Page:    1

Exhibit 8

| Case No: | 11-15718 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | |

For Period Ending:  05/12/14

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 04/13/11 (f) |
| 341(a) Meeting Date: | 06/28/11 |
| Claims Bar Date: | 07/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP MORGAN CHASE BANK- GENERAL ACCOUNT ENDING IN #4 | 41,462.95 | 0.00 | | 40,584.95 | FA |
| 2. JP MORGAN CHASE BANK- PAYROLL ACCOUNT ENDING IN #4 | 1,460.67 | 0.00 | | 1,460.67 | FA |
| 3. LOCATION: 3 N. 151 WOODCREEK LN., WEST CHICAGO IL | 196,885.74 | 0.00 | | 99,524.00 | FA |
| 4. DISPUTED BACK CHARGE AGAINST OZINGA CONCRETE FOR D | 6,555.00 | 0.00 | | 0.00 | FA |
| 5. LOCATION: 933 FIRST ST. BATAVIA, IL. 60510 SEE LIS | 630.00 | 0.00 | | 0.00 | FA |
| 6. LOCATION: 933 FIRST ST. BATAVIA, IL. 60510 SEE LIS | 2,617.00 | 0.00 | | 0.00 | FA |
| 7. LOCATION: 933 FIRST ST. BATAVIA, IL. 60510 | 765.00 | 0.00 | | 0.00 | FA |
| 8. a/r owed by Patrick Finn, Ltd. | 51,202.00 | 42,322.00 | | 28,532.00 | FA |
| Contractor deducted $8,880.00 from balance for uncompleted work on Veatch, Schlott and Murray jobs | | | | | |
| 9. a/r due from Derrico Custom Homes | 4,700.00 | 0.00 | | 4,700.00 | FA |
| 10. a/r due from Gibbons | 360.00 | 360.00 | | 360.00 | FA |
| 11. a/r owed by John Henry Homes | 5,100.00 | 5,100.00 | | 5,100.00 | FA |
| 12. MACHINERY AND EQUPMENT | 4,012.00 | 10,000.00 | | 10,000.00 | FA |
| 13. A/R from John R. Hall | 24,200.00 | 24,200.00 | | 24,200.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 23.88 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $339,950.36 | $81,982.00 | | $214,485.50 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has prepared the TFR for submission

October 17, 2013, 02:24 pm

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/13

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-15718     DRC     Judge: Donald R. Cassling | |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 04/13/11 (f) |
| 341(a) Meeting Date: | 06/28/11 |
| Claims Bar Date: | 07/22/11 |

/s/    GINA B. KROL

_____ Date: 05/12/14

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-15718 -DRC |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. |
| | |
| Taxpayer ID No: | *******3330 |
| For Period Ending: | 05/12/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0444  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 201,017.55 | | 201,017.55 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.91 | 200,893.64 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.00 | 200,765.64 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.77 | 200,641.87 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.82 | 200,514.05 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 298.07 | 200,215.98 |
| 02/13/13 | 8 | Patrick Finn Ltd. | A/R | 1121-000 | 4,500.00 | | 204,715.98 |
| | | 1244 W. Northwest Highway | Account Receivable due Debtor | | | | |
| | | Palatine, IL 60067 | | | | | |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 177.40 | 204,538.58 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 272.25 | 204,266.33 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 303.68 | 203,962.65 |
| 04/29/13 | 8 | Patrick a. Finn Ltd. | A/R | 1121-000 | 4,500.00 | | 208,462.65 |
| | | 1244 W. Northwest Highway | Account Receivable due Debtor | | | | |
| | | Palatine, IL 60067 | | | | | |
| 04/29/13 | 030002 | Alan D. Lasko & Associates | Accountant Fees | 3410-000 | | 855.50 | 207,607.15 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 04/29/13 | 030003 | Alan D. Lasko & Associates | Accountant Expenses | 3420-000 | | 17.00 | 207,590.15 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 293.86 | 207,296.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 308.48 | 206,987.81 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 297.81 | 206,690.00 |
| 07/18/13 | 030004 | Cohen & Krol | Attorney Fees per Court Order | 3110-000 | | 11,936.00 | 194,754.00 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/18/13 | 030005 | Gina Krol | Attorney Fees per Court Order | 3110-000 | | 5,968.00 | 188,786.00 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |

LFORM2T4

Ver: 17.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-15718 -DRC |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. |
| | |
| Taxpayer ID No: | *******3330 |
| For Period Ending: | 05/12/14 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0444  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| 07/18/13 | 030006 | Cohen & Krol | Attorney Expenes per Court Order | 3120-000 | | 1,465.55 | 187,320.45 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 298.02 | 187,022.43 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 278.06 | 186,744.37 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 268.71 | 186,475.66 |
| 12/12/13 | 030007 | GINA B. KROL | Chapter 7 Compensation/Fees | 2100-000 | | 13,974.28 | 172,501.38 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 12/12/13 | 030008 | DuPage County Cement Masons' Local No. 803 BF | Claim 000002B, Payment 100.00000% | 5400-000 | | 37,568.86 | 134,932.52 |
| | | c/o Donald D. Schwartz, Arnold and Kadja | (2-2) Modified on 7/20/2011 to | | | | |
| | | 19 W. Jackson Blvd., Suite 300 | correct claim #2-2 was originally claim #9 (ah) | | | | |
| | | Chicago, IL 60604 | | | | | |
| 12/12/13 | 030009 | Illinois Department of Employment Security | Claim 000004, Payment 100.00000% | 5800-000 | | 505.45 | 134,427.07 |
| | | 33 South State Street | (4-1) Unemployment tax | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| | | Attn: Bankruptcy Unit - 10th flr. | | | | | |
| * 12/12/13 | 030010 | Wessels-Sherman | Claim 000001, Payment 35.71667% | 7100-003 | | 1,132.24 | 133,294.83 |
| | | 1860 Executive Dr | | | | | |
| | | #E-1 | | | | | |
| | | Oconomowoc, WI 53066 | | | | | |
| 12/12/13 | 030011 | DuPage County Cement Masons' Local No. 803 BF | Claim 000002A, Payment 35.71682% | 7100-000 | | 32,347.26 | 100,947.57 |
| | | c/o Donald D. Schwartz, Arnold and Kadja | (2-2) Modified on 7/20/2011 to | | | | |
| | | 19 W. Jackson Blvd., Suite 300 | correct claim #2-2 was originally claim #9 (ah) | | | | |
| | | Chicago, IL 60604 | | | | | |
| 12/12/13 | 030012 | Superior Waterproofing | Claim 000003, Payment 35.71693% | 7100-000 | | 1,024.29 | 99,923.28 |
| | | PO Box 356 | | | | | |
| | | Bristol, IL 60512 | | | | | |
| 12/12/13 | 030013 | Laborers' Pension Fund | Claim 000008, Payment 35.71682% | 7100-000 | | 39,060.31 | 60,862.97 |
| | | 111 W. Jackson Blvd. Suite 1415 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 12/12/13 | 030014 | Laborers' Health and Welfare Fund | Claim 000010, Payment 35.71682% | 7100-000 | | 52,555.09 | 8,307.88 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 11-15718 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0444  Checking Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 05/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/12/13 | 030015 | 111 W. Jackson Blvd. Suite 1414 Chicago, IL 60604 James S. Jorgensen | Claim 000011, Payment 35.71683% | 7100-000 | | 8,307.88 | 0.00 |
| * | 03/11/14 | 030010 | 111 W. Jackson Blvd. Suite 1415 Chicago, IL 60604 Wessels-Sherman 1860 Executive Dr #E-1 Oconomowoc, WI 53066 | Claim 000001, Payment 35.71667% | 7100-003 | | -1,132.24 | 1,132.24 |
| | 03/11/14 | 030016 | United States Bankruptcy Court | Claim 000001, Payment 35.71667% | 7100-001 | | 1,132.24 | 0.00 |

| Account | *******0444 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 9,000.00 | 17 | Checks | 206,895.11 |
| | 0 | Interest Postings | 0.00 | 13 | Adjustments Out | 3,122.44 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 9,000.00 | | | |
| | | | | | Total | $ 210,017.55 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 201,017.55 | | | |
| | | Total | $ 210,017.55 | | | |

LFORM2T4

Ver: 17.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-15718 -DRC |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. |
| Taxpayer ID No: | *******3330 |
| For Period Ending: | 05/12/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3963 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/25/11 | 1 | JMS Concrete Construction, Inc. 3 N 151 Woodcreek Lane West Chicago, IL 60185 | Chase Bank Account | 1129-000 | 40,584.95 | | 40,584.95 |
| 04/25/11 | 2 | JMS Concrete Constructions Inc. 3 N 151 Woodcreek Lane West Chicago, IL 60185 | Chase Bank | 1129-000 | 1,460.67 | | 42,045.62 |
| 04/25/11 | 3 | John Henry Builder-Developer, Inc. 875 Country Club Rd. St. Charles, IL 60174 | A/R Account Receivable due Debtor | 1121-000 | 2,000.00 | | 44,045.62 |
| 04/25/11 | 3 | Terrence C. Vansomeren 100 Overland Dr. North Aurora, IL 60542 | A/R Account Receivable due Debtor for G. Gibbons | 1121-000 | 3,500.00 | | 47,545.62 |
| 04/25/11 | 3 | Airhart Construction Corp. 500 E. Roosevelt Rd. West Chicago, IL 60185 | | 1121-000 | 23,863.00 | | 71,408.62 |
| 04/25/11 | 3 | Airhart Construction Corp. 500 E. Roosevelt Rd. West Chicago, IL 60185 | A/R Account Receivable due Debtor | 1121-000 | 38,575.00 | | 109,983.62 |
| 04/25/11 | 3 | Chicago Title and Trust Company 1725 S. Naperville Rd. Wheaton, IL 60187 | A/R Account Receivable due Debtor | 1121-000 | 1,000.00 | | 110,983.62 |
| 04/25/11 | 3 | The Reserve of St. Charles, Inc. 1650 Lake Cook Rd. Suite 130 Deerfield, IL 60015 | A/R Account Receivable due Debtor on account of John R. Hall | 1121-000 | 1,212.00 | | 112,195.62 |
| 04/25/11 | 3 | Kate & Robert Altman 1 N 559 Creeside Ct. Lombard, IL 60148 | A/R Account Receivable due Debtor | 1121-000 | 1,500.00 | | 113,695.62 |
| 04/25/11 | 3 | Airhart Construction Corp. 500 E. Roosevelt Rd. West Chicago, IL 60185 | A/R Account Receivable due Debtor | 1121-000 | 3,967.00 | | 117,662.62 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 117,662.71 |
| 05/02/11 | 3 | First American Title Insurance Company | A/R | 1121-000 | 22,407.00 | | 140,069.71 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-15718 -DRC |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. |
| | |
| Taxpayer ID No: | *******3330 |
| For Period Ending: | 05/12/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3963  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 27775 Diehl Road | Account Receivable due Debtor | | | | |
| | | Warrenville, IL 60555 | | | | | |
| 05/16/11 | 3 | Chicago Title & Trust Company | Balance due Debtor a/r for King's Court | 1121-000 | 1,500.00 | | 141,569.71 |
| | | 326 Alana Drive | | | | | |
| | | New Lenox, IL 60451 | | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.17 | | 141,570.88 |
| 06/15/11 | 8 | Patrick A. Finn Ltd. | A/R | 1121-000 | 17,532.00 | | 159,102.88 |
| | | 1244 W. Northwest Hgwy | Account Receivable due Debtor | | | | |
| | | Palatine, IL 60067 | | | | | |
| 06/27/11 | 9 | Derrico Custom Homes, Inc. | A/R | 1121-000 | 4,700.00 | | 163,802.88 |
| | | 311 Walnut Ave. | Account Receivable due Debtor | | | | |
| | | St. Charles, IL 60174 | | | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.22 | | 163,804.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.38 | | 163,805.48 |
| 08/08/11 | 8 | Fidelity National Title Company | | 1121-000 | 2,000.00 | | 165,805.48 |
| | | 1990 E. Algonquin Rd., Ste. 100 | | | | | |
| | | Schaumburg, IL | | | | | |
| 08/15/11 | 10 | First American Title Company | | 1121-000 | 360.00 | | 166,165.48 |
| | | 27775 Diehl Road | | | | | |
| | | Warrenville, IL 60555 | | | | | |
| 08/29/11 | 11 | John Henry Homes | A/R | 1121-000 | 3,600.00 | | 169,765.48 |
| | | 875 Country Club Rd | Account Receivable due Debtor | | | | |
| | | St. Charles, IL 60174 | | | | | |
| 08/29/11 | 11 | John Henry Homes | A/R | 1121-000 | 1,500.00 | | 171,265.48 |
| | | 3820 Ridge Point Dr. | Account Receivable due Debtor | | | | |
| | | Geneva, IL 60134 | | | | | |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.41 | | 171,266.89 |
| 09/15/11 | 12 | Sterne Construction Group LLC | | 1129-000 | 10,000.00 | | 181,266.89 |
| | | 1879 Neltnor Blvd., Ste. 248 | | | | | |
| | | West Chicago, IL 60185 | | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.43 | | 181,268.32 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.54 | | 181,269.86 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 230.93 | 181,038.93 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.49 | | 181,040.42 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-15718 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3963  BofA - Money Market Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 05/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 223.20 | 180,817.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.53 | | 180,818.75 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 222.93 | 180,595.82 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.54 | | 180,597.36 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 236.85 | 180,360.51 |
| 02/06/12 | 000301 | International Sureties | BOND | 2300-000 | | 162.73 | 180,197.78 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.43 | | 180,199.21 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 214.26 | 179,984.95 |
| 03/14/12 | 000302 | Clerk of US Bankruptcy Court | Adversary Filing Fees | 2700-000 | | 586.00 | 179,398.95 |
| | | 219 S. Dearborn Street | 12-00410 | | | | |
| | | Chicago, IL 60604 | 12-00411 | | | | |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.51 | | 179,400.46 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 220.91 | 179,179.55 |
| 04/30/12 | 13 | Sterne Construction | | 1121-000 | 24,200.00 | | 203,379.55 |
| | | 1879 Neltnor Blvd. | | | | | |
| | | West Chicago, IL 60185 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.48 | | 203,381.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 227.65 | 203,153.38 |
| 05/29/12 | 000303 | Alan Lasko | Accounting Fees per Court Order | 3410-000 | | 1,125.50 | 202,027.88 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/29/12 | 000304 | Alan Lasko | Accounting Expenses per Court Order | 3420-000 | | 17.40 | 202,010.48 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.71 | | 202,012.19 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 256.12 | 201,756.07 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.65 | | 201,757.72 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 239.98 | 201,517.74 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.71 | | 201,519.45 |

LFORM2T4

Ver: 17.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-15718 -DRC | |
| Case Name: | JMS CONCRETE CONSTRUCTION, INC. | |
| | | |
| Taxpayer ID No: | *******3330 | |
| For Period Ending: | 05/12/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3963 BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 264.29 | 201,255.16 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.59 | | 201,256.75 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 239.20 | 201,017.55 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 201,017.55 | 0.00 |

| Account *******3963 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 20 | Deposits | 205,461.62 | 4 | Checks | 1,891.63 |
| | 17 | Interest Postings | 23.88 | 11 | Adjustments Out | 2,576.32 |
| | | | | 1 | Transfers Out | 201,017.55 |
| | | Subtotal | $ 205,485.50 | | | |
| | | | | | Total | $ 205,485.50 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 205,485.50 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 22 | Deposits | 214,461.62 | 21 | Checks | 208,786.74 |
| | 17 | Interest Postings | 23.88 | 24 | Adjustments Out | 5,698.76 |
| | | | | 1 | Transfers Out | 201,017.55 |
| | | Subtotal | $ 214,485.50 | | | |
| | | | | | Total | $ 415,503.05 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 201,017.55 | | | |
| | | Total | $ 415,503.05 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 05/12/14

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

LFORM2T4

Ver: 17.05d